# IN THE UNITED STATES DISTRICT COURT
# *For* THE DISTRICT OF COLUMBIA

**FILED**

AUG 2 3 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| 180 EAST BROAD PARTNERS LLC | | ) ORIGINAL CIVIL COMPLAINT FOR |
| 1090 VERMONT AVE. NW, SUITE 910 | Plaintiff | : RIGHTS TO RECOVER REVENUE ON |
| WASHINGTON, DC  20005 | | ) "INDIVIDUAL" CANCELLED DEBT |
| -vs- | | : FOR PRIVATE BUSINESS WITH |
| | | ) SETTLEMENT ATTACHMENTS FOR |
| OHIO DEPARTMENT OF TAXATION | Defendant | : BANKING INSTITUTIONS ACCEPTING |
| OHIO ATTORNEY GENERAL JIM PETRO | | ) DEPOSITS ON EXCHANGE FOR |
| 150 EAST GAY STREET, 21ST FLOOR | | : UNIFORM COMMERCIAL CODE |
| COLUMBUS, OH  43215 | | ) (UCC) TREASURY DIRECT® |

Case: 1:13-cv-01285
Assigned To : Leon, Richard J.
Assign. Date : 8/23/2013
Description: Pro Se General Civil

## ***ORIGINAL CIVIL COMPLAINT***

Comes now, 180 East Broad Partners LLC; hereinafter ("Plaintiff"), Lessee for the State of Ohio;

doing business by and through the Federal Reserve Association of Fite & Co. Holdings

("Association") for Complaint to challenge the foreclosure proceedings centered around the Ohio

Department of Taxation, c/o Attorney General Jim Petro of the Revenue Recovery Enforcement

Collections Section; hereinafter ("Defendant") for a federal tax suit with the Internal Revenue

Service ("IRS") as the third party, pursuant to 26 USC 7609 for injunctive relief. ***Defendant is***

***inclusive to mean any "Agency", "Public Office", "Department" or "Banking or Lending***

***Institution" having a direct or indirect relationship with Defendant.*** Plaintiff hereby addresses

this U.S. District Court on direct and indirect relationships with Common Pleas Courts and banking

and lending institutions, but seeks to offset this legal complaint under the *Noerr-Pennington*

*Doctrine to eliminate any liability, unfair competition and deceptive trade practices as*

*"Unconscionable Acts" due by the State; sine qua non.* ***Gold seal certification(s) from the State***

***of Ohio on the hand and seal of the Stark County Clerk of Court for the United States of America***

***(C028039); (C028038) will enforce Judgment and Settlement Phase in the District of Columbia***

1

***within 72 hours of file stamp by this Court (DC)***.  While court(s) is generally required to give the

parties notice of its intent to dismiss foreclosure cases; an exception exists when a complaint is

frivolous or where the claimant obviously cannot prevail.  Any dismissal is actually a ***REVERSAL***

against Defendant party; **State, ex rel. Edwards v. Toledo City School Dist. Bd. Of Edn. (1995),**

**72 Ohio St.3d 106, citing State, ex rel.  Seikbert v. Wilkinson (1994), 69 Ohio St.3d 489,** not

properly citing Plaintiff into the record; also a common practice by banks and lending institutions

making reference to Owners as "Individuals".  **Any mortgage presented with the "individual"**

**listed as the alleged owner forfeits those rights and the protection(s) of the State; constituting**

**taxation and the rights to enforce collection of personal property and the value(s) thereof to**

**recover any loss associated with foreclosure proceedings by Defendant.**  This presentment is a

Special Visitation, Non-General Court Appearance; or Admittance by Silent Acquiescence against

Defendant party for immediate Default Judgment.  Although not part of the instant matter, this

presentment is supported by the United States District Court Order and Opinion of Christopher

A. Boyko; Northern District of Ohio, Eastern Division; **IN RE FORECLOSURE CASES; Case No. 1:07-**

**CV-02282** and Ohio Supreme Court case in Federal Home Loan Mortgage Corp. v. Schwartzwald;

**[Cite as Fed. Home Loan Mtge. Corp. v. Schwartzwald, 134 Ohio St.3d 13, 2012—Ohio 5017].**

Attention should also be directed to **foreclosure Case No. 2012-CV-01795**, filed in the **Stark**

**County Court of Common Pleas, in which a Third Party Counterclaim and Addendum was filed;**

**also Case No. 13-CV-006485 for the Franklin County Court of Common Pleas** and **13-CVS-12499**

**in the Superior Court of Mecklenburg County with a pattern of lending abuses conducted by**

**the banking industry; but are _not_ inclusive in this Presentment as additional cases; as the**

**Noerr-Pennington Doctrine illustrates**.  However, agencies and institutions may become liable

2

under Summons in the event of refusal to accept private non-negotiable instruments for direct deposit(s). ***Despite the contention of the Court, the case remains open for Collateral Attack as Plaintiff received no adverse ruling from the Court, but has adversely affected "Individual(s)" from State and/or County Judgments***. "Individual" cancellation of debt in relation to the state's Lessee's filing of a 1096 and consolidated 1099-A transmittal makes "Individual(s)" the True Creditor and any purported lender; a DEBTOR. **The attached Reverse Mortgage is the lawful MONEY or Legal Tender to discharge any outstanding debt or claim(s) of Defendant. This instrument holds full intrinsic value as instant equity and cash value for continued borrowing; via its Real Estate Investment Trust, and tax free investing; via Plaintiff's non-commercial Foreign Execution of Judgment lien filed in the Stark County Records.** No direct payment will be afforded Defendant as that would constitute or imply taxation of the Plaintiff's real property as Lessee for the State of Ohio.

## JURISDICTION

The United States District Court in the District of Columbia ("DC") lacks subject matter and territorial jurisdiction to intervene or otherwise dismiss this action in favor of Defendant(s). State/County Court(s) also lack jurisdiction to answer or otherwise defend its position of homeownership in favor of the banking industry and the unethical lending practices it engages in, despite having its licensing principally through the Office of the Comptroller of the Currency, and/or the Office of Thrift Supervision in DC. This non-judicial proceeding of Plaintiff is protected from this Court by the **Noerr-Pennington Doctrine** *sine qua non.* Under Noerr-Pennington, Plaintiff and its Association rely solely on the third party ("IRS") on federal tax suit and accepted debt cancellations to keep itself completely out of commerce. By virtue of these acts, regulated

3

banking and lending institutions are not harmed in its day to day operations as separate and distinct businesses competing in the open market(s) for customers and the placing of its products and services. In fact, Plaintiff and its Association under Noerr-Pennington, are actually promoting the banking and lending institution(s) that defrauded the "individual(s)" who receives no protection from the State under traditional foreclosure proceedings. Becoming a bank within a bank, possessing the ability to insure losses, protect institutions from overdrafts, internal audits and federal investigations and guaranteed tax equivalent returns on budget spending without tax reporting requirements makes for a good implied partnership with the banking industry. Much like traditional loans or mortgages, credit is lent, then borrowed at interest to the lender. In fact, rather than to harm competition; Noerr-Pennington "levels the playing field" with respect to the banking industry as a whole, using non-commercial methods to promote "commercial" activity. Checks on a closed account are non-commercial transactions, resulting in exempt sales that are subject to electronic book entries and recorded as "Loans". "Individual(s)" lending its credit against these book recorded "Loans" are providing a second, but equal form of insurance that keeps the accounting ledgers of accounts payable and receivable of the lender(s) bailed-out from any liability or harm as a result of the same. Jurisdiction of Plaintiff is foreign to the District of Columbia and the State of Ohio and all Sister States and abroad to provide its own protection to coincide with Noerr-Pennington for the enforcement of immediate Default Judgment.

Duality of Plaintiff has resident agent service through the Limited Liability Company of Christopher Eric Fite Companies (Account #64022) to the Domestic territory of the District of Columbia; i.e. the United States and does not grant exclusive privilege(s) to the U.S. District Court. Upon re-entry into U.S. territory; via the State of Ohio, this foreign entity possesses an unlicensed

charter of 1929067 that converted into the unincorporated entity of Fite & Co. Holdings, Inc.; now REGISTRANT to the ("Association"). *Dualism is established by NON-RESIDENT ALIEN status, thus, superseding the Fourteenth Amendment to the U.S. Constitution*. *The United States, by law, is principally domiciled in the District of Columbia, the Sovereign County and absolute seat of authority to property ownership; by virtue and with respect to a State*. By virtue of the relationship between Plaintiff as state owned property and this Association creates a private international bank, unregulated under Chapters 4703 and 4733 et seq., Revised Code of Ohio; 31 USC 5312(a)(c); 13 pet (US) 519 as amended, has possession, custody and control of all records pertaining to the federal charter of this International Banking Association and its exemplified pre-paid credit; i.e. National (elastic) Currency and the reductions thereof. *State taxes are permanently levied or deferred for tax abatements, making Article I, Section 10 Clause 1 of the U.S. Constitution still binding on the States*. Exclusive rights use for a unilateral agreement registered Plaintiff's name with respect to the Debtor/Lessee for the State of Ohio as ownership of all property is in the State.

## PERSONAL INJURY

Injury is supported by the overall claim of revenue recovery as a pattern of mortgage and lending abuses of the banking industry that Defendant has refused to accept for immediate repayment. *Defendant accepts contracts from banking and lending institutions that operate in guise of the Uniform Commercial Code (UCC).  The same conceals commercial activity or the true unsecured credit Defendant holds and manages as purported Creditor that unlawfully taxes the "Individual" consumer; i.e. the use of Federal Reserve Notes. This method is termed Compounded interest, insurance premiums, dividend returns or Double rollovers which are*

5

*fraudulent by Defendant.   Defendant honors these agreements of banking and lending institutions; unlawfully upheld by State/County Courts and the VOID judgments therewith.*

Person(s) of this claim presents the same as trusts under limited liability who ceded these properties to the banking industry for profit or untaxable gains.  Persons under the law, are generally associated with Corporations, Limited Liability Companies, Partnerships etc. and are narrowly defined with that of human beings who cannot be a surety or accommodation party to the liabilities of the Person(s).  These persons are filled with the intellect of the natural being and absent these abilities and under Color of Law has caused injury by the usurpation of authority and lack of full disclosure, constituting "Unconscionable Acts".   Admittance by Silent Acquiescence amounts to the Person(s) remaining silent in the absence of the natural being. Defendant, Courts and the banking industry remain silent with the inability to represent the interest(s) of each Person(s) in which it circumvented credit and the natural being remains silent to eliminate further injury; resulting in all parties defaulting by silence; supporting the Noerr-Pennington Doctrine and the private business of Plaintiff and its Association.  With "individual(s)" ceding property to Plaintiff and its Association are entitled to write non-negotiable instruments and the value of real property into trust for deposit only into any regulated banking institution of the United States Federal Reserve Banking system as part of injunctive relief to be granted.

## REVENUE RECOVERY

The amount of this claim to be paid directly to the Federal Reserve Association of Fite &Co. Holdings ("Association"); doing business by and through Plaintiff is set at One Hundred Four Million, Seven Hundred Ninety-Nine Thousand, Fifty-Nine and 54/100 Dollars ($USD104,799,059.54) for injunctive relief that will build instant equity and cash value for

6

continued borrowing; (See 524 Letter).  Enforcement of Collections is through Defendant, since primarily, this Debt was cancelled through Plaintiff, who, by non-commercial UCC-1 financing statement lien or foreign execution of Judgment lien, is liable.  Effective 04/09/2013, property of Plaintiff was transferred as an Exempt Sale to Terra Funding-Continental Real Estate Plaza LLC as the new in-house owner on internal lease to realize non-taxable income(s) due from rents, utilities and leasing of its property and the property of the State.

**Plaintiff has cancelled the alleged debt of Defendant; via 1096 and 1099-C transmittals. "Individual(s)" provided proof of individual debt cancellation sent to the Internal Revenue Service "IRS"; via 1040X and 982 tax filings with attachments.  Value of the property in question can no longer be ruled as taxable "income" when Interest and Principal are the same; thus, nullifying the claim(s) presented by Defendant**.  In addition, taxes supersede all liens and this Court is now obligated to reverse its decision or be found in *CONTEMPT* for supporting and upholding fraud by Defendant party.  **Any adverse ruling or dismissal of this presentment by the Court against Plaintiff and its Association will confirm Criminal Intent and the Affidavit in Support of a Criminal Complaint filed with the United States Government as a Plaintiff** (See Attached).  Recording of a deed and reverse mortgage is filed with the Stark County Recorder for "public" finance.  **This entire foreclosure proceeding becomes a legal issue that must be taken up with the IRS for a State audit and Federal Investigation being conducted on Defendant for various accounting frauds in violation of the Sarbanes-Oxley Act of 2002.  Plaintiff and its Association will make application to the IRS for an internal audit to be conducted on Defendant(s), who filed a 1096 and 1099-A for abandonment of secured property that circumvented the credit of "Individual(s)" and gave Collateral to the Defendant(s) as an up-**

7

**front advance against the future maturity of mortgage obligation with banks and lending institutions.** Defendant, by law, must not secure the indebtedness of any mortgage assumed by a Creditor with Assets from its institution as a purported "Creditor" and Lender, as that would circumvent its own internal process and cancel any outstanding debt(s) owed to the Federal Reserve from which it borrows money at exuberant interest. Those savings are passed on to the consumer or in this case, the "individual" borrower on mortgage repayment or the reduction of "debt" owed to Defendant. To protect the insider trading interests of Defendant, "Individual(s)" are processed through the Contract version of the Social Security Account as a "Trust" under limited liability; now deemed an individual borrower on the public side ledger and 1096 and 1099-A transmittal by Defendant(s) as the purported Lender. *UCC-11 Title search (attached) shows the relationship between Debtor and Creditor and exists by virtue of Stark County recorded non-commercial judgment lien and UCC-1 financing statement.*

## STATE PROPERTY OWNERSHIP

Defendant only claims solvency by this circumvented credit, despite ownership of all property being in the State. Senate Report 93-549 sums up the relationship between Church and State that reads in part: **The ultimate ownership of all property is in the State; individual so-called "ownership" is only by virtue of Government; i.e. law, amounting to mere user; and use must be in accordance with law and subordinate to the necessities of the State. "Individual(s)", therefore, are Trustees with respect to property held in his Trust, under Limited Liability of the Plaintiff for insurance purposes and to administer insurance to offset and adjust claims of Defendant(s) to a zero balance.** Although the Defendant has presented documents of a mortgage obligation to this Court; that obligation was met in house, amounting to illegal

8

compounded interest (Double Rollover) that has accumulated against "Individual(s)" for a lack of full disclosure of that obligation and that credit of "Individual(s)" pre-paid the purported "Debt". As a Generally Accepted Accounting Principal; "Debt" doesn't exist; except as liability insurance from a separate accounting ledger (+/-), keeping Creditors or purported lenders bailed-out to a zero balance account.  Interest returns are non-taxable (-/+) to the FED to be assumed by individual creditors (-/-) providing solvency to Defendant institution. This process is repeated for home-owner's insurance and the filing of taxable income on individual tax returns.  Plaintiff, Lessee for the State of Ohio is the DEBTOR entity responsible for maintaining insurance on each property mortgaged through the Defendant's institution; an act of separate trading.  Its lease with the State of Ohio is Franklin County Recorder #200709110160194; File #6014 (SOS); Filed 09/11/2007 at 9:35AM; via Connor Land Title Company; CITY OF COLUMBUS. **As ownership of all property being in the State, Plaintiff takes an internal Lease of all properties in the State to pay for itself, as the ability to be taxed is forgiven or deferred to the "individual".  Plaintiff, as a public entity, cannot be audited or taxed, thus, allowing property of "Individual(s)" to hold its full intrinsic value of "Debt" cancellation; via 1096 and 1099-C transmittals**. Therefore, the obligation induced by Defendant was fraudulent in nature; **ab initio** and represents involuntary consent to repay a **VOID obligation** and any subsequent **VOID Judgment** from this Court in favor of Defendant. **Consequently, these acts have prompted the filing of a separate 1096 and 1099-A (consolidated) transmittal for Abandonment of Secured Property for Enforcement of Revenue Recovery and rights to collect the Collateral of the same, naming Plaintiff as the true Lender by separate Employer Identification Number and its Real Estate Investment Trust as "Borrower" to further offset the claims of Defendants in the instant matter, who was bailed-**

**out of its liability through 1096 and 1099-C transmittals**. Plaintiff will rely on the exemption of consolidated Collateral with 1096 and 1099-A transmittal, rather than the regulated or traditional 501 (c) 25 recognition from the Department of the Treasury and IRS. Cancellation of Debt performed on the property of "Individual(s)" bears the Stark County Recorder's Instrument No. 201212310059816 against public finance transactions, representing Exclusive rights for unilateral agreements and a foreign execution of judgment and non-commercial UCC-1 lien to justify State owned property and the enforcement collections thereof. This filing exists with respect to and by virtue of the District of Columbia; or the United States domiciled as the Sovereign County and absolute Seat of Authority to all property ownership; e.g. CITY OF WASHINGTON. This contractual agreement cannot be broken by the State of Ohio or any Judge of this Court. County interests are secured by non-commercial UCC-1 financing statement filed in the Ohio Secretary of State, UCC Division; file #OH00166585906 for State and Local Government Securities; via Treasury Direct®. Plaintiff being a DEBTOR on this filing is for liability insurance purposes or zero balance adjustments that builds instant equity and cash value for borrowing and tax free investing. An identifiable code of 'D' is STRICT FORECLOSURE, as Defendant or the public has no vested interest(s). **Defendant and its relationship with banks and lending institutions can make no valid claim(s) as to true ownership of the property in question contained in a Judicial Report, and Defendant has not assumed the taxes or monthly obligations on the property, amounting to operating a Ponzi scheme, insider trading, tax evasion, insurance fraud and money laundering. Defendant and its relationship with banks and lending institutions cannot produced a legitimate Promissory Note and proper Execution of Assignment or its process servers as to who actually signed the documents presented into evidence of this Court showing**

the true owner.  By defendant previously submitting a 1096 and 1099-A to the IRS against Credit of "Individual(s)", defendant forfeited its rights as "Owner" of the obligation assumed by "Individual(s)", then Defendant has sold that obligation to the highest bidder as "Secured" property, giving validity to its illegal act(s) of filing a 1096 and 1099-A for Abandonment of Secured Property.  **The same gave Defendant an up-front "CASH" advance against the future maturity of "Individual(s)" fulfilled mortgage obligation when sold to outside bidder(s); making Defendant an alleged "Debt Collector"; now a Zero Percent Certificate of Indebtedness.**

## AFFIRMATIVE DEFENSES

Plaintiff reasserts each and every allegation contained in its complaint as if reasserted herein. Plaintiff denies each and every allegation of Defendant in the event of rebuttal to this Court; as Moot.  Based on the duality of Plaintiff's position to enforce the Organic Constitution against Defendant reaffirms these defenses.

**1). Defendant's claim fails to state a claim for relief against Plaintiff.**

**2). Plaintiff asserts that Defendant's claims are barred by the statute of frauds.**

**3). Plaintiff asserts that Defendant's claims are barred by statute of limitations.**

**4). Plaintiff asserts that Defendant's claims are barred by the statute of estoppel.**

**5). Plaintiff asserts that Defendant's claims are barred by release.**

**6). Plaintiff asserts that Defendant's claims are barred by the statute of laches.**

**7). Plaintiff asserts that Defendant's claims are barred by the statute of waiver.**

8).  Plaintiff asserts that Defendant's claims are barred by the negligence of a third party.

9).  Plaintiff asserts that Defendant's claims are barred by the intentional acts of a third party.

10).  Plaintiff asserts that Defendant's claims are barred by re judicata.

11).  Plaintiff asserts that Defendant's claims are barred by the statute of limitations.

12).  Plaintiff asserts that Defendant's claims are barred by contributory negligence.

13).  Plaintiff asserts that Defendant's claims are barred by waiver, set off, compromise and recoupment.

14).  To the extent a violation is established, any such violation was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid such error cannot be used as protection by Defendant.

15).  Defendant claims are barred because any alleged violations were knowing and intentional and/or material in nature and resulted in harm or damages to Plaintiff and "Individual(s)".

16).  Defendant is barred from recovery, in whole or in part, for failure to mitigate damages contained in the 524 IRS report.

17).  Defendant claims are barred in whole or in part by the Noerr-Pennington Doctrine and under the 1st Amendment to the U.S. Constitution.

18).  Plaintiff reserves the right to assert additional defenses as they are discovered to be applicable.

19).  Plaintiff is now authorized by Defendant to take all actions of which Defendant complains by filing improper and frivolous documents with this Court, now that its frauds have been discovered.

20).  Defendant's claims are barred by a failure to provide a basis for calculation of Plaintiff's damages.

21).  Defendant's claims are barred by the express terms of any Mortgage and Note it upholds by VOID court judgments, exposing indisputable fraud(s).

22).  The economic loss doctrine and Ohio's bar on tort-contract hybrid claims forbids Defendant's claims for permanent estoppel of Defendant's claims in this Court.

23).  Defendant's claims are barred under the doctrine of unclean hands.

24).  Plaintiff reserves the right to amend this presentment after all discovery including the deposition of Defendant(s) as to its unusual and unethical lending and banking practices.

## CENTRALIZED ACCOUNTING FRAUD

The Ohio Department of Taxation is a Defendant because it offsets and adjusts the "Losses" reported by Defendant banking institutions to illegally collect revenue from free and clear title rights owned by the State or its DEBTOR; i.e. Plaintiff for insurance purposes.  It would only seem logical based on court Judgments, otherwise in favor of Defendant banking institution for these alleged rights to revenue recovery; a classic Ponzi scheme. **This defendant party is not permitted to provide an adequate "Defense" for "Individual(s)" as the rightful owner of the property in question; or even in its own Defense, which is *"Taxation Without Representation"* on reverse**

*financing.*  **To do so would signify that "Individual(s)" loaned solvency to the Defendant institution and was never required to pay one cent in mortgage obligations to Defendant institution**.  Like classic Ponzi schemes, Defendant cannot substantiate lost profits when the "individual" suspends mortgage payments.  The only option reserved is to receive VOID judgments from the State/County Courts in favor of banking and lending institutions.  Naming the Ohio Department of Taxation as a Defendant makes that institution liable for the loss reported by Defendant bank; also allowing Defendant to sale "Individual(s)" property by public Sheriff's sale.  Defendant bank then puts "Individual(s)" property back on the open market for re-sale to recruit a new "individual" into the scheme to substantiate mortgage income.  If the deal was brokered in-house with Federal Reserve Notes or the implications thereof; via Negotiable Instrument makes Defendant(s) liable for financial crimes; a matter that has jurisdiction with the Federal Bureau of Investigation (FBI) and United States Secret Service.  It now becomes the responsibility of Defendant to offset and adjust any outstanding "Debt" on its accounting ledgers to a Zero Balance.  **Any further rebuttals or utterances from Defendant parties will constitute CONTEMPT as this matter is settled with the IRS**.  No further answers will be submitted to this Court by Plaintiff or "Individual(s)", despite contentions from Defendant or this Court that "Individual(s)" is liable for said mortgage obligation.  Plausible deniability can only exist when it is deemed that "individual" debt cancellation is highly unintelligible or that this Presentment is improperly filed with this Court to make way for the illegal procurement of insurance claims by Defendant and the VOID judgments therewith; ab initio.  This court cannot confirm nor deny and must therefore enforce judgment in favor of Plaintiff and its Association.

# JUDGMENT

**THEREFORE,** and accordingly, Plaintiff Prays upon this Court for Immediate Default Judgment for Admittance by Silent Acquiescence within 72 hours of docket filing; now protecting Defendant by the Noerr-Pennington Doctrine from any direct liability that may cause harm to the banking industry as a whole.  However, this case will remain open for Collateral Attack and shall benefit all "Individual(s)" and property managed by the Association.  ***Obtaining gold seal certification from the State of Ohio which certifies the signature and seal of the Clerk of the Stark County Court of Common Pleas is the basis for enforcement of Judgment and Settlement Phase of this Civil Complaint in the District of Columbia and this Court; i.e. United States of America.***  Banking institutions are now required to accept private non-negotiable securities for internal Negotiable contracting and direct deposit(s) backed by State owned real property that does not devalue; i.e. Non-Resident Alien Land.  Overall cancellation of debt held in Treasury and accepted by the IRS qualifies for internal separate trading as its own revenue recovery, obligating banks and lending institutions to accept credit from "Negotiable" instruments brokered in-house.   Individual cancellation of Debt in relation to Plaintiff's tax filing makes "Individual(s)" the True Creditor organization(s) and Owner of said mortgage obligation(s); res judicata in favor of original Civil complaint and Federal Tax Suit for granting of relief pursuant to 26 USC 7609.

**Respectfully Submitted,**

Red Ink Only

By: _____

180 East Broad Partners LLC    for
Ralph J. Bradley

# **AFFIDAVIT OF SERVICE**

I, Ralph J. Bradley, by and through 180 East Broad Partners LLC, do hereby declare that on this

___1 7ᵀᴷ_____ day of ___AUGUST_____, 2013 this Original Civil Complaint plus (2)

duplicate copies was delivered overnight FedEx Courier service; #8025 1537 1918 to the Clerk of

the United States District Court in the District of Columbia.  **We are requesting the Court to**

**deliver (1) duplicate copy of this Civil Complaint to 180 East Broad Partners LLC, in care of Ralph**

**J. Bradley at 3404 Charlene Ave. SW in Canton, Ohio  44706 from which a pre-paid FedEx**

**envelope and return overnight air bill are included herein; #8025 1537 7103**.  **Immediate notice**

**of Summons will be sent to each Defendant party by U.S. Certified Mail-Return Receipt**

**Requested and forwarded to this Court with stapled Green Card(s)**. A copy of the "individual"

tax return with 1099-C attachment; 1096 and 1099-A (consolidated) transmittal for 180 East

Broad Partners LLC was sent; via FexEx Overnight Courier Service, Receipt No. 8032 7999 3241

to: Department of the Treasury and Internal Revenue Service Center in Austin, TX 73301. A copy

of 1096 and 1099-C transmittals was sent Overnight FedEx Courier Service, Receipt No. 8025 1561

5684 for Debt bail-out of DEBTOR to:  Continental Real Estate Accounting Department; % 180

East Broad Partners LLC at 150 East Broad Street, Suite 800 in Columbus, OH 43215.

180 East Broad Partners LLC, on behalf of Ralph J. and Charlene Bradley certifies that on the

30th Day of May, 2013 copies of an Affidavit in Support of Criminal Complaint against JPMorgan

Chase Bank, National Association was sent via Overnight FedEx Courier Service to:

**United States Attorney's Office**
Ronald C. Machen-Assistant United States Attorney
District of Columbia Judiciary Center Building
555 Fourth Street, NW

Washington, DC  20530                    **FedEx Receipt No. 8025 1561 5630**

**United States Attorney's Office**
Stephen M. Dettlebach-Assistant United States Attorney
Northern District of Ohio
801 West Superior Avenue, Suite 400
Cleveland, OH  44113-1852              **FedEx Receipt No. 8025 1561 5629**


**Federal Bureau of Investigation**
Director Robert S. Mueller III
935 Pennsylvania Avenue NW
Washington, DC  20535-0001            **FedEx Receipt No. 8025 1561 5618**

Red Ink only

By: _____

    180 East Broad Partners LLC    for
    Ralph J. Bradley

# United States of America
## State of Ohio
## Office of the Secretary of State

*I, **JON HUSTED**, Secretary of State, do hereby certify that I am the duly elected, qualified and acting Secretary of State of the State of Ohio, and I further certify that* NANCY S. REINBOLD

*whose signature and official seal are affixed to the attestation hereto attached, was at the date hereof, the duly elected, commissioned and qualified Clerk of the Court of Common Pleas of STARK County, State of Ohio, and that she is the proper official to make said attestation, which is in due form; and that her acts are entitled to full faith and credit.*

*This certification certifies only the authenticity of the signature of the official who signed the document, the capacity in which that official acted, and where appropriate, the identity of the seal or stamp, which the document bears. This certification does not imply that the contents of the document(s) are correct, nor that they have the approval of this office.*



*IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the official Seal of the Secretary of State of Ohio, at Columbus, Ohio, this 7th   day of*

*August,        2013.*

**Jon Husted**
*Secretary of State*

SEC4000 (Rev 1/07)

C028039

# ACKNOWLEDGMENT

STATE OF OHIO          )

                            ss.

COUNTY OF STARK   )

     The foregoing document was subscribed before me on the _____*6th*_____ day

of _*August*_, 2013 for 180 East Broad Partners LLC, on behalf of Ralph J. and

Charlene Bradley for the United States of America for the original Civil Complaint and

Settlement.


_____

180 East Broad Partners LLC        for
Ralph J. Bradley


THE STATE OF OHIO

Stark County, s s.

     I, Nancy S. Reinbold, Clerk of the Court of Common Pleas, Stark County, Ohio, the same being a Court of Record, having a seal, DO HEREBY CERTIFY, That _____ *Ernest Durkes, Sr.* _____ whose name is subscribed to the deposition or certificate of the proof of acknowledgement of the annexed instrument, and thereon written, was at the time of taking such deposition, or proof and acknowledgement a Notary Public in and for such County, duly commissioned and sworn, and authorized by the laws of said State, to take depositions and to administer oaths to be used in any court of said State and for general purposes; and also to take acknowledgements and proofs of deeds, of conveyances for land, tenements or hereditaments in said State of Ohio. And further, that I am well acquainted with the handwriting of such Notary Public, and verily believe that the signature to said depositions or certificate of proof or acknowledgement is genuine.

     IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the said Court and County, the_____ *6th* day of ___*Aug*___ , 20 *13*

_____
Nancy S. Reinbold, Clerk

_____
Deputy Clerk

4344 ════-9

18

 **INCORP**

**Incorp Services, Inc.**
2360 Corporate Circle · Suite 400
Henderson, NV 89074-7722
Phone 702.866.2500
Fax 702.866.2689
www.incorp.com

### Incorp Services, Inc.
### Return to:
### Cindy Luong or Emily Painter
### Fax: 702-866-2689
### cindy.luong@incorp.com emily.painter@incorp.com

**1. Name on Account/Account Number:** Reeves, Robert (64022)

**2. Entity Name:** Christopher Eric Fite Companies LLC

**3. Entity Type:** Limited Liability Company

**4. Domestic Filing Jurisdiction:** Ohio (OH)

**5. Principal Address:**
1090 VERMONT AVE. NW  SUITE 910
WASHINGTON, DC  20005

**6. Titles/Names/Addresses of Principals:  (to be listed on state public records, if required):**

Chairman              Christopher Eric Fite

Select Title

Select Title

Select Title

Select Title

Select Title

**6. LLC Only – Select One:** Manager-Managed

**7. Corporation Only - Capitalization: <u>Number of Shares</u>:**             <u>Par Value</u>:

**8. Nature of Business:** To engage in international business of finance.

**9. Select the states you wish Incorp to represent your entity in:**

AL  AK  AZ  AR  CA  CO  CT  DE  DC  FL  GA  HI  ID  IL  IN  IA  KS  KY  LA  ME  MD  MA  MI  MN  MS  MO

MT  NE  NV  NH  NJ  NM  NY  NC  ND  OH  OK  OR  PA  RI  SC  SD  TN  TX  UT  VT  VA  WA  WV  WI  WY

**10. Fiscal Year End:** December        31

**11. Additional comments:**
An implied partnership exists between Fite & Co. Holdings, Inc.; "REGISTRANT" for the Federal Reserve Association of Fite & Co. Holdings and its virtual institution of the Federal Reserve "Bank" of Fite & Co. Holdings. Real estate holdings shall be considered Non-Resident Alien Land on internal lease through the finance business trust of Eternal Light International. All debt has been cancelled by IRS Accepted 1096 and 1099-C transmittals; held and managed by this Association doing business as 180 East Broad Partners LLC for exclusive rights use(s) that provides insurance protection for Huntington National Bank as ownership of all property is in the State for State and Local Government Securities.

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
### CORPORATIONS DIVISION



# C E R T I F I C A T E

**THIS IS TO CERTIFY** that all applicable Trade Name requirements of the Omnibus Regulatory Reform Act of 1998 have been complied with and accordingly, this *CERTIFICATE OF TRADE NAME REGISTRATION* is hereby issued to:

**CHRISTOPHER ERIC FITE COMPANIES LLC**

**Trade Name:** 180 EAST BROAD PARTNERS

**IN TESTIMONY WHEREOF I** have hereunto set my hand and caused the seal of this office to be affixed as of **11/29/2011**

Business and Professional Licensing Administration

PATRICIA E. GRAYS
Superintendent of Corporations
Corporations Division

Vincent C. Gray
Mayor

Tracking #: 07ZZV1JDIO

Initial File #: L48937

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
### CORPORATIONS DIVISION



# CERTIFICATE

**THIS IS TO CERTIFY** that all applicable provisions of the District of Columbia Business Organizations Code (Title 29) have been complied with and accordingly, this ***CERTIFICATE OF GOOD STANDING*** is hereby issued to

CHRISTOPHER ERIC FITE COMPANIES LLC

**WE FURTHER CERTIFY** that the qualified foreign entity is registered to do business in the District; that all fees, and penalties owed to the District for entity filings collected through the Mayor have been paid and Payment is reflected in the records of the Mayor; The entity's most recent biennial report required by § 29-102.11 has been delivered for filing to the Mayor; and the entity's registration has not been terminated. This office does not have any information about the entity's business practices and financial standing and this certificate shall not be construed as the entity's endorsement.

**IN TESTIMONY WHEREOF I** have hereunto set my hand and caused the seal of this office to be affixed as of 6/13/2013 11:32 AM

Business and Professional Licensing Administration

*Patricia E. Grays*

PATRICIA E. GRAYS
Superintendent of Corporations
Corporations Division

Vincent C. Gray
Mayor

Tracking #: uuVFbSZf



**Government of the District of Columbia**
**Vincent C. Gray, Mayor**
**Department of Insurance, Securities and Banking**



William P. White
Commissioner

Securities Bureau

June 25, 2012

CHRISTOPHER FITE
FEDERAL RESERVE BANK OF FITE & CO. HOLDINGS
1090 VERMONT AVENUE, N.W.
WASHINGTON, DC 20005

**Re: AMERICAN INVESTMENT GROUP ("the Issuer") Securities Bureau file no. 80007763**

Dear **CHRISTOPHER FITE** :

The District of Columbia Department of Insurance, Securities and Banking, Securities Bureau, hereby acknowledges receipt of a notice filing from the above referenced Issuer, pursuant to Section 18(b)(4)(d) of the Securities Act of 1933 and Section 31-5603.08[308](d) of the District of Columbia Securities Act of 2000, as amended.

If you have questions or require additional information regarding your notice filing, please contact me at (202) 442-7826 or email me at james.mcmanus@dc.gov.

Sincerely,

J. Mike McManus,
Assistant Director
Corporate Finance

810 First Street, NE, Suite 701 • Washington, DC • 20002 • Tel: (202) 727-8000 • www.disb.dc.gov

 **H&R BLOCK** Preparing America's Taxes Since 1955

May 24, 2013

Federal Reserve Association of Fite & Company Holdings
3404 Charlene Avenue SW
Canton OH 44706

Dear Christopher Fite,

Recently we spoke about the status of Forms 1099-C your company sent to me for electronic filing to the Internal Revenue Service. This letter is to confirm that that action was completed.

Submitting Creditor:  Federal Reserve Association of Fite & Company Holdings

         EIN 90-6198337

Debtor:    180 East Broad Partners LLC  EIN 45-3576423      **$104,681,759.54**

          150 E. Broad Street, Suite 800,  Columbus OH 43215

    -      Number of Form 1099-C equals 31


Debtor:    Ralph J. Bradley   SSN xxx-xx-4264      **117,300.00**

          3404  Charlene Avenue, S.W.,  Canton OH  44706

          Number of Form 1099-C  equals  1


These Forms 1099-C were <u>**Accepted**</u> on April 25, 2013 at 8:33:49 AM

Return ID 918934        **Total Cancelled Debt reported**    **$104,799,059.54**

Sincerely,

*Larry C Hepler*

Larry C. Hepler, E.A.
Master Tax Advisor
larry.hepler@tax.hrblock.com

*5*

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS CAREFULLY

Instr:201212310059816
P:1 of 5  F:$20.00        12/31/2012
Rick Campbell          11:45AMFIXF
Stark County Recorder  T20120052465

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

ETERNAL LIGHT INTERNATIONAL
3404 CHARLENE AVE. SW
CANTON, OHIO [44706]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME | 180 EAST BROAD PARTNERS, LLC | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 150 EAST BROAD STREET  SUITE 800 | COLUMBUS | OH | 43215 | USA |

| ADD'L INFO RE ORGANIZATION DEBTOR | 1d. TYPE OF ORGANIZATION | 1e. JURISDICTION OF ORGANIZATION |
|---|---|---|
| | DEBTOR | DOMESTIC |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| ADD'L INFO RE ORGANIZATION DEBTOR | 2d. TYPE OF ORGANIZATION | 2e. JURISDICTION OF ORGANIZATION |
|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME | THE FEDERAL RESERVE BANK OF FITE & CO. HOLDINGS | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1090 VERMONT AVE. NW  SUITE 910 | WASHINGTON | DC | 20005 | USA |

4. This FINANCING STATEMENT covers the following collateral:

All of DEBTOR's property, now owned and hereafter acquired, now existing and hereafter arising and attached hereto, in full or in part and included herein by reference.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☑ LESSEE/LESSOR  ☑ CONSIGNEE/CONSIGNOR  ☐ AG. LIEN  ☑ NON-UCC FILING | ☐ BAILEE/BAILOR  ☑ SELLER/BUYER |
|---|---|---|
| 6.  This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum  [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [optional]  [ADDITIONAL FEE] | ☐ All Debtors  ☑ Debtor 1 ☐ Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | |

FILING OFFICE COPY — (FORM UCC1) (REV. 01/11/08)

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS CAREFULLY

```
Instr:201212310059816
P:2 of 5   F:$20.00      12/31/2012
Rick Campbell                11:46AMFIXF
Stark County Recorder    T20120052465
```

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

OR **9a. ORGANIZATION'S NAME**
180 EAST BROAD PARTNERS, LLC

**9b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME, SUFFIX**

**10. MISCELLANEOUS:**

Virtual leasehold interest(s) through OH00136992771

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names**

OR

| 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| ADD'L INFO RE ORGANIZATION DEBTOR | 11d. TYPE OF ORGANIZATION | 11e. JURISDICTION OF ORGANIZATION | | |

**12.** ☑ **ADDITIONAL SECURED PARTY'S** or ☐ **ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

| 12a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**13. This FINANCING STATEMENT covers**
☐ timber to be cut or   ☐ as-extracted collateral, or is filed as a
☑ fixture filing.

**14. Description of real estate:**

26 WH PARK ORCHARD ESTATES #4 PARCEL NO. 1307311

**15. Name and address of a RECORD OWNER of above-described real estate**
(if Debtor does not have a record interest):

THE FEDERAL RESERVE BANK OF FITE & CO. HOLDINGS
1090 VERMONT AVE. NW   SUITE 910
WASHINGTON, DC  20005  USA

**16. Additional collateral description:**

**17. Check only if applicable and check only one box.**
Debtor is a ☐ Trust or ☑ Trustee acting with respect to property held in trust or
☐ Decedent's Estate

**18. Check only if applicable and check only one box.**
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☑ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 01/11/08)

**UCC FINANCING STATEMENT ADDITIONAL PARTY**

FOLLOW INSTRUCTIONS CAREFULLY

| 19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT | THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY |
|---|---|
| **180 EAST BROAD PARTNERS, LLC** | |

NAME OF PARTY AUTHORIZING THIS AMENDMENT (name as item 9 Amendment form)

| | 19a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME SUFFIX | |

20. MISC MISCELLANEOUS

```
Instr:201212310059816
P:3 of 5  F:$20.00          12/31/2012
Rick Campbell            11:45AMFIXF
Stark County Recorder  T20120052465
```

21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (21a or 21b) - do not abbreviate or combine names

| | 21a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
| 21c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| | ADD'L INFO RE ORGANIZATION DEBTOR | 21d. TYPE OF ORGANIZATION | 21e. JURISDICTION OF ORGANIZATION | | |

22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (22a or 22b) - do not abbreviate or combine names

| | 22a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
| 22c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| | ADD'L INFO RE ORGANIZATION DEBTOR | 22d. TYPE OF ORGANIZATION | 22e. JURISDICTION OF ORGANIZATION | | |

23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (23a or 23b) - do not abbreviate or combine names

| | 23a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
| 23c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| | ADD'L INFO RE ORGANIZATION DEBTOR | 23d. TYPE OF ORGANIZATION | 23e. JURISDICTION OF ORGANIZATION | | |

24. ADDITIONAL SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE) - insert only one secured party name (24a or 24b)

| | 24a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
| 24c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

25. ADDITIONAL SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE) - insert only one secured party name (25a or 25b)

| | 25a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
| 25c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |



Instr:201212310059816
P:4 of 5  F:$20.00       12/31/2012,
Rick Campbell           11:45AMFIXF
Stark County Recorder   T20120052465

**ALAN HAROLD**
Stark County Auditor
FEE ___

**JUN 29 2012**

TRANSFERRED 50

TRANSFER NOT NECESSARY

DEPUTY
IN COMPLIANCE WITH ORC 319.202

Instr:201206290029271
P:1 of 2  F:$48.00       06/29/2012
Rick Campbell           12:44PMDEED
Stark County Recorder   T20120026422

## QUITCLAIM DEED

FOR A VALUABLE CONSIDERATION, in the amount of ONE AND 00/100 DOLLARS ($1.00) in hand and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the undersigned, RALPH J. BRADLEY and CHARLENE BRADLEY ("Grantor"), ☒ married ☐ unmarried of 3404 CHARLENE AVENUE SOUTH WEST OF STARK County hereby REMISES, RELEASES, CEDES AND FOREVER QUITCLAIMS to THE FEDERAL RESERVE BANK OF FITE & CO. HOLDINGS—BUREAU FILE #80007763 ("Grantee"), whose tax-mailing address is 1090 VERMONT AVE. NW WASHINGTON, DC 20005 all right, title, interest and claim to the following real property in the City of CANTON, County of STARK, State of Ohio with the following legal description: AND KNOWN AS AND BEING LOT NO. 26 IN PARK ORCHARD ESTATES NO. 4, CANTON TOWNSHIP, STARK COUNTY, OHIO, AS THE SAME IS RECORDED IN PLAT BOOK 38, PAGE 94 OF STARK COUNTY RECORDS, A.P. NO: 1307311   Tax Parcel No: 01307311

Prior Instrument Reference: Volume 4291, Page 934   2005 0323 001 7689

TO HAVE AND TO HOLD all of Grantor's right, title and interest in and to the above described property unto the said Grantee, Grantee's heirs, administrators, executors, successors and/or assigns forever; so that neither Grantor nor Grantor's heirs, administrators, executors, successors and/or assigns shall have, claim or demand any right or title to the aforesaid property, premises or appurtenances or any part thereof.  The same constitutes an Exempt Sale, with tax deferred interest collected against Account No.: OH00148011949, attaching to Alien Land Registration LR 1248 for free and clear title rights.

RALPH J. AND CHARLENE BRADLEY as GRANTORS, releases all rights of dower therein *(mark if applicable).*

EXECUTED this day of 6/28/, 20 12.

_Ralph J Bradley_ _____ (Grantor' Signature)

_Charlene Bradley_ _____ (Grantor's Spouse's Signature – *if applicable)*

1307311 - the all - 6/29/12 TRW

0e192



```
Instr:201212310059816
P:5 of 5  F:$20.00          12/31/2012
Rick Campbell          11:45AMFIXF
Stark County Recorder  T20120052465
```



```
Instr:201210100046343
P:1 of 15  F:$152.00        10/10/2012
Rick Campbell           2:54PM MTGE
Stark County Recorder  T20120046510
```

—————————(Space Above This Line For Recording Data]—————————

# REVERSE MORTGAGE
### Loan Number 201205800429

**DEFINITIONS**

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

**(A) "Security Instrument"** means this document, which is dated October 1, 2012 together with all Riders to this document.

**(B) "Borrower"** is AMERICAN INVESTMENT GROUP™ and RALPH J. BRADLEY Borrower is the mortgagor under this Security Instrument.

**(C) "Lender"** is The Federal Reserve Association of Fite & Co. Holdings®

Lender is a federally chartered savings association under Reorganization; No. 1295275-Converting Out To An Unlicensed Foreign Limited Liability Company
Organized and existing under the laws of the United States of America
OHIO SECRETARY OF STATE UNIFORM COMMERCIAL CODE DIVISION

1

# IN THE UNITED STATES DISTRICT COURT
# *For* THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| 180 EAST BROAD PARTNERS LLC | | ) INTRODUCTION TO |
| 1090 VERMONT AVE. NW, SUITE 910 | Plaintiff | : SETTLEMENT PHASE |
| WASHINGTON, DC 20005 | | ) IN LIEU OF UCC TREASURY |
| -vs- | | : DIRECT® WITH RESPECT |
| | | ) TO 1096, 1099-A AND |
| OHIO DEPARTMENT OF TAXATION | | : 1099-C TRANSMITTALS |
| OHIO ATTORNEY GENERAL JIM PETRO | Defendant | ) TO INTERNAL REVENUE |
| 150 EAST GAY STREET, 21ST FLOOR | | |
| COLUMBUS, OH 43215 | | |

## SETTLEMENT PHASE TO CIVIL COMPLAINT

Comes now, 180 East Broad Partners LLC; hereinafter ("Plaintiff"), doing business by and through the Federal Reserve Association of Fite & Co. Holdings ("Association") to introduce the settlement phase as part of the immediate Default Judgment and bail-out of the Ohio Department of Taxation; hereinafter ("Defendant") in support of the non-commercial UCC-1 lien in the Stark County Recorder's office in the State of Ohio. Exclusive rights use to the State of Ohio's Debtor/Lessee on exempt sale and non-commercial transfer to the new owner will establish Special Drawing Rights (SDR's) for these settlement provisions; or the rights to expand or contract credit on demand. Submitting both 1099-A and 1099-C transmittals to the Internal Revenue Service ("IRS") will function by virtue of Treasury Direct®, eliminating the need to interact with public regulated banking institutions with respect to tax return direct deposits. Instead, checks will be placed on deposit at regulated banking and lending institutions in the amount of each secured real estate contract, with Deeds serving as free and clear title rights to

1

Non-Resident Alien Land, to include those contracts for an Implied Partnership with any regulated banking and lending institution.  All class action participants will be affected by this Settlement phase. This District Court is reminded that pre-paid debt, serving as liability insurance will be leveraged against all State/County public auctions by Sheriff's sale with the issuance of check payment by INSURER.  Acquired assets, or secured abandoned property will be mortgaged internally as PERSONAL PROPERTY, qualifying as a National Life Insurance Policy, by virtue of United Kingdom (UK) Apostille (A058966) for trust benefactors filling their own Public office; via Appointment Affidavit to the Board of Governors to its own Federal Reserve Banking system of pre-paid credit held in U.S. Department of the Treasury.  Interest will be collected by setting a fixed interest rate in relation to minimum 10:1, to maximum 50:1 trading ratio on fractional reserve banking; thus, paying trust benefactors for the acquisition of secured abandoned property. *Certificates of Live Birth were re-naturalized by way of Puerto Rico to signify that trust benefactors under management of the Association are unregistered revenue collection agents with respect to the original Treasury of the United States.*

To prevent commercial transactions from implying internal taxes on Unrelated Business Income not effectively connected to business, trade and commerce in the United States; will engage in Separate Trading of Registered Interest on Principal Securities (STRIPS) through dual Accounts Receivable of the American Investment Group™ ("INSURER") and Eternal Light International®, a foreign business trust with a checking account at Huntington National Bank ("Huntington") and Savings at JPMorgan Chase Bank ("Chase").  Checks drawn on these institutions will clear closed accounts as good on the face of checks issued by INSURER.  Debit cards issued by these institutions will be "APPROVED" for each public finance transaction when

2

credited with insured debt. No minimum account balance will be on the cards operating perpetually on a zero balance, except on request by authorized users. Minimum account balance(s) will be maintained at One Million ($USD1,000,000.00) Dollars for revolving credit as a Special Lifetime Exemption on all non-resident alien land acquisitions. *Public side accounting ledgers of insurance will adopt the Bypass Access Code E61082378, managed by the Fifth District Federal Reserve Bank of Richmond for direct access to CASH; via pre-paid credit on accepted 1099-C transmittals by the IRS.* Security agreement bearing the same bypass access code at a minimum 10:1 trading ratio is for a 99 year lease and will be mortgaged against total cancelled debt, but discounted by the principal value of the security agreement at a rate of (.00001) to match the minimum account balance(s) for a self-sufficient, self-sustaining Federal Reserve Banking system. Insurance is provided on the free use of Federal Reserve Notes that will hold its full intrinsic value and will be redeemed dollar for dollar at any public or private regulated banking or lending institution of the United States Federal Reserve banking system ("FED"). Unregistered checkbook money bears the same accounts as the INSURER for Fite Clearinghouse & Holdings Company®. On chargeback to Fite & Co. Holdings, Inc., these non-negotiable instruments will exist as Negotiable Instruments FOR INTERNAL USE ONLY; or Receipts as Evidences of Money derived from private international credit; via 1096 and 1099-C debt cancellations leveraged against consolidated 1096 and 1099-A transmittals for Acquisition of Secured Abandoned Property; held and managed by the ("Association"). Check image (Ck. #0768) was secured by UCC-3 Amendment, becoming a Mortgage or Asset Backed Security. IRS 1099-A transmittal will function to the equivalent of a Zero Percent Certificate of Indebtedness (C of I) for the reduction of the

3

National Debt for the Association. Each brokered financing statement will attach to previously filed financing statements to justify interest to be collected against reverse financing.

Public or regulated banking and lending institutions within the Intercontinental United States are statutorily barred from auditing this private-private Association as the validity of the public debt will not be questioned; pursuant to Article XIV, Section 4 of the U.S. Constitution. Public ledgers are overdraft protected, performing as a STRICT FORECLOSURE on the public's interest. As there are no current Internal Revenue Codes (IRC) that mandates the amount of "Taxable" income that can be contributed to this International Monetary Fund (IMF), makes all such contributions UNLIMITED. Internal contracts will be funded by electronic cash injection from private credit issued by INSURER, and shall secure credit cards of regulated institutions under the Authority of Bureau File No. 80007763 from the Department of Insurance, Securities and Banking, and pursuant to Section 18(b)(4)(d) of the Securities Act of 1933 and Section 31-5603.08[308](d) of the District of Columbia Securities Act of 2000, as amended to the Private Placement Memorandum. *The same contracts will be accepted for value, certified and sworn on the Undersigned's unlimited commercial liability true, correct, and complete, with all related endorsements front and back, in accordance with Uniform Commercial Code section 3-419 and House Joint Resolution 192 of June 5, 1933; pre-paid; exempt from levy; 2013 ℗180 EAST BROAD PARTNERS LLC—All Rights Reserved Without Prejudice.* When interest dividends match the principal debt release, accounting books will clear and value will be released at twice its National principal; repeating the cycle of pre-paid credit brokered as loans, mortgages and secured lines of credit. The same separate trading will promote State tax abatements for Terra Funding, in care of Continental Real Estate Plaza LLC or tax deferred interest on these transactions; State to

4

State with no restrictions.  Insurance on the free use of Federal Reserve Notes; dollar for dollar

entitles the Association; doing business by and through herein Plaintiff to full tax returns from

budget spending, with no tax reporting requirements with the IRS.


**Respectfully Submitted,**


Red Ink Only

By: _____

180 East Broad Partners LLC
Ralph J. Bradley

5

# United States of America

## State of Ohio

## Office of the Secretary of State

*I, **JON HUSTED**, Secretary of State, do hereby certify that I am the duly elected, qualified and acting Secretary of State of the State of Ohio, and I further certify that*         NANCY S. REINBOLD

*whose signature and official seal are affixed to the attestation hereto attached, was at the date hereof, the duly elected, commissioned and qualified Clerk of the Court of Common Pleas of STARK County, State of Ohio, and that she is the proper official to make said attestation, which is in due form; and that her acts are entitled to full faith and credit.*

*This certification certifies only the authenticity of the signature of the official who signed the document, the capacity in which that official acted, and where appropriate, the identity of the seal or stamp, which the document bears. This certification does not imply that the contents of the document(s) are correct, nor that they have the approval of this office.*



*IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the official Seal of the Secretary of State of Ohio, at Columbus, Ohio, this* 7th    *day of*

August,      2013.

*Jon Husted*

**Jon Husted**
*Secretary of State*

SEC4000 (Rev. 1/07)

C028038

# ACKNOWLEDGMENT

STATE OF OHIO )

                  ss.

COUNTY OF STARK )

The foregoing Note was acknowledged before me on _____5-20-2013_____, 2013

by 180 East Broad Partners LLC, a foreign (profit) limited liability company and its reinsurer; the Federal

Reserve Bank of Fite & Co. Holdings®, who acknowledged the executed Memorandum to Addendum to

Lease No. 1 for a unilateral agreement on Public Finance Transactions; via Stark County Recorded

Instrument No. 201212310059816 for private and foreign international trade and commerce.


180 EAST BROAD PARRNTERS LLC ("LESSOR")


THE STATE OF OHIO

Stark County, s.s.

I, Nancy S. Reinbold, Clerk of the Court of Common Pleas, Stark County, Ohio, the same being a Court of Record, having a seal, DO HEREBY CERTIFY, That _____ Victoria Neal _____ whose name is subscribed to the deposition or certificate of the proof of acknowledgement of the annexed instrument, and thereon written, was at the time of taking such deposition, or proof and acknowledgement a Notary Public in and for such County, duly commissioned and sworn, and authorized by the laws of said State, to take depositions and to administer oaths to be used in any court of said State and for general purposes: and also to take acknowledgements and proofs of deeds, of conveyances for land, tenements or hereditaments in said State of Ohio. And further, that I am well acquainted with the handwriting of such Notary Public, and verily believe that the signature to said depositions or certificate of proof or acknowledgement is genuine

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the said Court and County, the_____ 6 __day of _____ Aug ____. 20 13

Nancy S. Reinbold, Clerk

Deputy Clerk

4345 ....9

# APPOINTMENT AFFIDAVITS

HONORABLE TRUSTEE TO BOARD OF GOVERNERS          FEBRUARY 4, 2013
*(Position to which Appointed)*                                  *(Date Appointed)*

FITE & CO. HOLDINGS-FRB     Financial Management     International Organization
*(Department or Agency)*         *(Bureau or Division)*          *(Place of Employment)*

I, Ralph J. Bradley _____, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.  So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_____
*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 4th day of February , 2013

at Canton                    Ohio
*(City)*                      *(State)*

(SEAL)
Victoria Neal
Notary Public, State of Ohio
My Commission Expires 04-30-2017
(the date of his/her Commission should be shown)

Victoria Neal
*(Signature of Officer)*

Notary Public
*(Title)*

Note: If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

# APOSTILLE

(Convention de la Haye du 5 octobre 1961)

1. Country: United States of America

   This public document

2. has been signed by    NANCY S. REINBOLD

3. acting in the capacity of    Clerk of Court of Common Pleas

4. bears the seal/stamp of    Court of Common Pleas, Stark County

**CERTIFIED**

5. at Columbus, Ohio

6.    November 19, 2012

7. by the Secretary of State of Ohio.

8. No. A058966

9. Seal/Stamp:            10. Signature:



*Jon Husted*

Jon Husted
Secretary of State of Ohio

This Apostille certifies only the authenticity of the signature of the official who signed the document, the capacity in which that official acted, and where appropriate, the identity of the seal or stamp which the document bears. This Apostille does not imply that the contents of the document(s) are correct, nor that they have the approval of this office. This Apostille is not valid for use anywhere within the United States of America, its territories or

Ohio Secretary of State
Central Ohio: (614) 466-3910)
Toll Free: 1-877-SOS-FILE (1-877-767-3453)

# UCC11 INFORMATION LISTING

Process Date: 01/25/2010        Customer Number: 1302804917        Document Number: 201002200862

---

| | | |
|---|---|---|
| OH00080146327 | 08/02/2004 09:00 AM | Real Estate |

20092030184          07/20/2009 09:00 AM          Continuation

180 E. BROAD PARTNERS, LLC
150 EAST BROAD STREET, SUITE 800
COLUMBUS, OH 43215

JACKSON NATIONAL LIFE INSURANCE COMPANY
C/O PPM FINANCE, INC., 225 WEST WACKER DRI
CHICAGO, IL 60606

Ohio Secretary of State
Central Ohio: (614) 466-3910
Toll Free: 1-877-SOS-FILE (1-877-767-3453)

# UCC11 INFORMATION LISTING

Process Date: 01/25/2010          Customer Number: 1302804917          Document Number: 201002200862

OH00136992771          09/03/2009 04:33 PM          Other

20092730250          09/28/2009 09:00 AM          Full Assignment
20093020364          10/28/2009 09:00 AM          Collateral Amendment



180 E. BROAD PARTNERS LLC
150 E. BROAD STREET          SUITE 800
COLUMBUS, OH 43215

FITE & CO. HOLDINGS
3527 CROWNPOINT NW
MASSILLON, OH 44646

FITE CLEARINGHOUSE & HOLDINGS COMPANY
C/O 3527 CROWNPOINT NW
MASSILLON, OH 44646

State of Ohio                                    John Husted
Department of State                              Secretary of State

Date:  06/01/11

                    Alien Land Registration Number:  LR 1248

Receipt of Filing Fee:  $25.00
Name of Registrant: FITE & CO. HOLDINGS

Prescribed by Secretary of State of Ohio
Form NRAF (2-01)

180 E. Broad St., 15th Floor
Columbus, Ohio 43215
Phone (614) 466-2585

# Nonresident Alien Land Registration

(check one)   ☐ Individual - $5.00     ☑ Business - $25.00     ☐ Change - No fee

Make check or money order payable to Secretary of State          Approval_____

| INSTRUCTIONS |
|---|
| **Individuals**<br>    Nonresident aliens acquiring interests, as individuals, in real property, mineral rights and mining rights should fill out parts I, II(A). II(B), IV and V of this form. Changes from a previously filed registration should be indicated in part III(B).<br>**Corporations and Other Business**<br>    Corporations and other businesses owned by nonresident aliens that acquire interests in real property, mineral rights, and mining interests should fill out parts I, II(A), II(C) through (L), IV, and V. Changes from a previously filed registration should be indicated in part III(A) or III(C).<br>    In part II(K), round the percentages to the next highest whole number. |

## I. LOCATION AND DESCRIPTION

A. County: _Franklin_                     B. Number of acres: _655,625 SQFT._

C. Current market value: _$32,500,000.⁰⁰_          D. Date of acquisition: _5-23-11_

E. Type of property (check one)
☑ real property          ☐ mineral rights          ☐ mining interests

F. Legal description (Attach additional sheets if necessary)
_NE COR BROAD & 4ᵗʰ DESHLERS ADDITION Lot 1-2-3-4-5-6_

G. Intended use at time of filing (check one)
☐ agricultural          ☑ commercial          ☐ industrial
☐ mining                ☐ other (explain)_____

H. Type of interest held (check one)
☑ fee interest (whole)   ☐ fee interest (partial)   ☐ security interest   ☐ life estate
☐ trust beneficiary      ☐ option                   ☐ purchase contract
☐ other (explain)_____

I. How was tract or mine acquired? (check one)
☐ cash purchase          ☑ credit or installment purchase   ☐ trade or exchange
☐ gift or inheritance    ☐ foreclosure                      ☐ other (explain)_____

## II. NONRESIDENT ALIEN OWNER

A.      Name of business or individual: _Fite & Co. Holdings_
        Address of above: _150 E. Broad St._
        City, state and zip: _Columbus, OH 43215_

B. If an individual:          Federal I.D. number:_____   ☐ Check if I.D. number not known
                              Telephone No.:(___)_____   Country of citizenship:_____

C. If a corporation or other business entity:
        If corporation is chartered in Ohio, provide charter number:_____
        If a foreign corporation licensed to do business in Ohio, provide Ohio license number: _OH00136992771_

        Type (check one) ☐ corporation   ☐ society        ☐ partnership   ☐ joint stock co.   ☐ association
                         ☑ trust         ☐ joint venture  ☐ estate        ☐ limited liability corporation

D. Country under whose law the organization is created: _United States of America_

E. Address of principal place of business. _3527 Crownpoint NW_
   _Massillon, Ohio 44646_

*LR1248*

F. Principal business of this organization: __Investment Banking__

G. Name of: (check one and give name and title) ☐chairman of governing board  ☑chief executive  ☐ partner
   Name (last, first, middle): __Fite, Christopher, Eric__
   Title: __President/Chief Executive Officer__

H. Name and address of organization's agent in Ohio:
   1. Law firm: __Fite Clearinghouse & Holdings Company__
   2. Name (last, first, middle): __Fite, Christopher, Eric__
   3. Street: __C/o 3527 Crownpoint NW__
   4. City, state, zip: __Massillon, Ohio 44646__

I. Number of persons who own stock or other interest in this organization (check one)
   1. ☑stock (number)__1__    2. ☐other interest (number)_____
   3. If other interest, describe type: _____

J. The percentage, within 5 percent, of shares of stock or other interest controlled by nonresident aliens: __100__ percent.

K. If nonresident aliens of any country own at least 5 percent of stock or other interest, indicate the names of the **countries and the percentages**:

| 1. Country | N/A | % | 3. Country | N/A | % | 5. Country | N/A | % |
|---|---|---|---|---|---|---|---|---|
| 2. Country | N/A | | 4. Country | N/A | | 6. Country | N/A | |

   If additional space is required, use separate sheet of paper.
L. For each nonresident alien who owns at least 10 percent of the shares of stock or other interest in this business, indicate: name, address, telephone (including area code), country of citizenship, and percentage. (Attach additional sheets if necessary.)

_____
_____
_____

## III. CHANGE OF REGISTRATION

A. 1. Has the ownership or control of this organization changed? ☐ yes  ☐ no   2. If yes, on what date? _____

B. 1. Has a nonresident alien who filed a registration form become (check one)  ☐ a resident alien   ☐ a U.S. citizen
   2. Date of status change: _____

C. 1. Has the property which was the subject of this registration been sold? ☐ yes  ☐ no   2. If sold, when? _____

## IV. NAME, ADDRESS, AND TELEPHONE NUMBER OF PERSON PREPARING THIS REGISTRATION

Name (last, first, middle): __Fite Christopher, Eric__
Address: __3527 Crownpoint NW__  City, State, Zip: __Massillon, Ohio 44646__
Telephone No.: (__234__) __521-2144__   Relationship to subject of filing (check one)
   ☐ attorney   ☐ manager
   ☑ agent   ☐ other (specify)_____

## V. CERTIFICATION

I certify that the information entered above is complete and correct. I understand that the penalty for violating Ohio Revised Code Section 5301.254, which requires this registration, is a fine of not less than $5,000 nor more than 25 percent of the market value of the real property or the mineral or mining rights about which this information must be filed.

Signature (Owner or legally authorized representative) __Christopher Eric Fite__
Title __President/CEO__   Date __5-23-11__

NRAF-01 qxd



Franklin County Auditor – Parcel Information                                    Page 1 of 1



# Summary

## Parcel Info

**Parcel ID**
**010-035070-00**

**Map Routing Number**
**010-G022 -024-00**

**Location**
**00180 E BROAD ST**

Summary 

Property Profile

Land

Building

Improvements

MAP(GIS)

Sketch

Photo

Transfer History

Area Sales Activity

Tax Information

Levy Info

Tax Distribution

Rental Contact

Tax Estimator

Property Reports

**Tax Estimator by**
**School/District**

powered by MetaMAP

Data updated on:
2009-07-01 07:10:49

### Owner Information

| | |
|---|---|
| Owner | **180 E BROAD PARTNERS LLC** <br><br> **150 E BROAD ST** <br> **COLUMBUS OH 43215** <br> If the address above is incorrect - <br> Click Here |
| Tax Bill Mailing Info | **CONTINENTAL REAL ESTATE** <br> **ACCOUNTING DEPT** <br> **150 E BROAD ST STE 200** <br> **COLUMBUS, OH 43215** <br> **To change mailing information ONLY** <br> **- Click Here** |

### Legal Description

NE COR BROAD & 4TH
DESHLERS ADDITION
LOT 1-2-3-4-5-6

### Most Recent Transfer

| | |
|---|---|
| Sale Amount | **$28,950,000** |
| Date of Sale | **07/30/2004** |
| Conveyance Type | **LW** |
| Conveyance Number | **20100** |
| Number of Parcels | **1** |

### Tax Year 2008

| | | | |
|---|---|---|---|
| Annual Taxes | **$834,939.18** | Taxes Paid | **$874,474.38** |

### Current Value

| | Market | Taxable |
|---|---|---|
| Land | **$4,950,000** | **$1,732,500** |
| Improvements | **$27,550,000** | **$9,642,500** |
| Total | **$32,500,000** | **$11,375,000** |
| Cauv | 0 | 0 |

### Building Data

| Year Built | 1973 | Total Sq Footage | 655,625 |
|---|---|---|---|

### 2008 Tax Status

| | | | |
|---|---|---|---|
| Land Use | **[449] ELEVATOR OFFICE BUILDING** | | |
| Tax District | **[010] CITY OF COLUMBUS** | | |
| School District | **[2503] COLUMBUS CSD** | | |
| Neighborhood | **01101** | | |
| Board of Revision | **NO** | CDQ | |
| Homestead Exemption | **NO** | Owner Occupied Reduction (2.5%) | **NO** |
| Special Assessment | **YES** | | |

Parcel Information for 010-035070

**Joseph W. Testa, Franklin County Auditor**

| | |
|---|---|
| **Parcel ID** | 010-035070 |
| **Owner Name** | 180 E BROAD PARTNERS LLC |
| **Site Address** | 00180 E BROAD ST |
| **Mail Address** | CONTINENTAL REAL ESTATE |
| | ACCOUNTING DEPT |
| | 150 E BROAD ST |
| | COLUMBUS OH 43215 |
| **Tax Designation** | CITY OF COLUMBUS |
| **Description** | NE COR BROAD & 4TH DESHLERS ADDITION LOT 1-2-3-4-5-6 |

| | |
|---|---|
| **Transfer Date** | 07/30/2004 |
| **Price** | $28,950,000 |
| **Year Built** | Not Available |
| **Auditor's Map** | G022 024.00 |
| **Neighborhood** | 11.01 |
| **School Name** | City of Columbus |

| | Floodplain | 39049C0255H |
|---|---|---|
| **Property Class** | Commercial | **Homestead** No |

**Number of Cards** 1

**Building Information**

| | Taxable | Exempt | Other Exempt | Total |
|---|---|---|---|---|
| **Land** | $4,950,000.00 | $0.00 | $0.00 | $4,950,000.00 |
| **Building** | $24,070,000.00 | $0.00 | $0.00 | $24,070,000.00 |
| **Total** | $29,020,000.00 | $0.00 | $0.00 | $29,020,000.00 |
| **CAUV** | $0.00 | $0.00 | $0.00 | |
| **Landuse** | 449 - Elevator Office Building | | | **Total Annual Taxes** |
| **Annual Taxes** | $675,025.31 | $0.00 | $0.00 | $675,025.31 |

| | |
|---|---|
| **Rooms** | 0 |
| **Bedrooms** | 0 |
| **Baths** | 0 |
| **Half-Baths** | 0 |
| **Fireplaces** | |
| **Air Cond.** | |
| **Stories** | 0.0 |
| **Square Feet** | 0.0 |

⫧ Print Window   ⫧ Close Window

# Joseph W. Testa, Franklin County Auditor

*generated on 1/8/2007 1:42:41 PM EST*

## Transfer

| Parcel ID | Address | Index Order | Card(s) |
|---|---|---|---|
| 010-035070-00 | 180 E BROAD ST | Parcel ID | 1 |

## Transfer History

| Transfer Date | Conveyance | Owner | # Parcels | Sale Price |
|---|---|---|---|---|
| 07/30/2004 | 200400020100 | 180 E BROAD PARTNERS LLC | 0001 | $28,950,000 |
| 07/02/2004 | 2004908458-M | TRIZEC REALTY INC | 0001 | $0 |
| 05/29/2001 | 2001905787-M | TRIZECHAHN REGIONAL | 0001 | $0 |
| 05/19/2000 | 2000904860-G | TRIZECHAHN BBRR INC | 0001 | $0 |
| 12/02/1998 | 199800027705 | UNIVERSITY TOWN CENTER | 0001 | $47,852,836 |
| 12/29/1989 | 1989908905-G | EQUITABLE LIFE ASSURANCE | 0001 | $0 |
| 11/00/1985 | | | 0001 | $1,200,000 |

Data updated on 01/05/2007

*LK/K/J*

# Joseph W. Testa, Franklin County Auditor

*generated on 1/8/2007 1:47:52 PM EST*

## Property Report

| **Parcel ID** | **Address** | **Index Order** |
|---|---|---|
| 010-035070-00 | 180 E BROAD ST | Parcel ID |

**Owner Information**
**Call 614-462-4663 if incorrect**
180 E BROAD PARTNERS LLC
150 E BROAD ST
COLUMBUS OH 43215

**Tax Bill Mailing Inform**
CONTINENTAL REAL EST.
ACCOUNTING DEPT
150 E BROAD ST
COLUMBUS OH 43215

**Value Information**
| **Market Land Value** | 4,950,000 |
| **Agricultural Value** | 0 |
| **Market Impr. Value** | 24,070,000 |
| **Market Total Value** | 29,020,000 |

**Legal Description**
NE COR BROAD & 4TH
DESHLERS ADDITION
LOT 1-2-3-4-5-6
010-G022 -024-00

**Sales Data**
| **Sale Amount** | $28,950,000 |
| **Date** | 07/30/2004 |
| **Deed Type** | LW |
| **# of Parcels** | 1 |
| **Conveyance #** | 20100 |
| **Exempt #** | |

**Building Data**
| **Year Built** | 1973 |

| **Tax Dist** | 010 CITY OF COLUMBUS | **Board of Revision** | No |
| **School Dist** | 2503 COLUMBUS CSD | **Homestead** | No |
| **Land Use** | [449] ELEVATOR OFFICE BUILDING (3+ STORIES) | **2.5% Reduction** | No |
| **Neighborhood** | 01101 | **Assessments** | Yes |
| | | **CDQ Year** | |

**2006 Annual Taxes** $675,025.34

**2006 Total Taxes Paid**

---

## Improvements

| **Type** | **Improvement** | **Dimensions** | **Measu** |
|---|---|---|---|

**No Records Found**

---

Joseph W. Testa, Franklin County Auditor

*LR 1248*

Page 2 of 4

## Sketch/Photo



010-035070-00 01/10/2004



---

## Transfer

| Transfer Date | Conveyance | Owner | # Parcels |
|---|---|---|---|
| 07/30/2004 | 200400020100 | 180 E BROAD PARTNERS LLC | 0001 |
| 07/02/2004 | 2004908458-M | TRIZEC REALTY INC | 0001 |
| 05/29/2001 | 2001905787-M | TRIZECHAHN REGIONAL | 0001 |
| 05/19/2000 | 2000904860-G | TRIZECHAHN BBRR INC | 0001 |
| 12/02/1998 | 199800027705 | UNIVERSITY TOWN CENTER | 0001 |
| 12/29/1989 | 1989908905-G | EQUITABLE LIFE ASSURANCE | 0001 |
| 11/00/1985 | | | 0001 |

Joseph W. Testa, Franklin County Auditor                                  Page 3 of 4

# Tax Information
## Current Year Tax Detail

|  | Prior | Prior-Adj | 1ST Half | 1ST Adj | 2ND |
|---|---|---|---|---|---|
| Orig Tax | $0.00 | $0.00 | $464,327.26 | $0.00 | $464,327 |
| Reduction |  |  | $126,814.59 | $0.00 | $126,814 |
| Subtotal | $0.00 |  | $337,512.67 |  | $337,512.67 |
| 10% RB |  |  | $0.00 | $0.00 |  |
| 2.5% RB |  |  | $0.00 | $0.00 |  |
| Homestead CR |  |  | $0.00 | $0.00 |  |
| Net Total | $0.00 |  | $337,512.67 |  | $337,512.67 |
| Penalty / Int | $0.00 | $0.00 | $0.00 | $0.00 |  |
| RE Chrg | $0.00 |  | $337,512.67 |  | $337,512.67 |
| RE Paid | $0.00 |  | $0.00 |  |  |
| SA Chrg | $0.00 |  | $19,767.60 |  | $19,767.60 |
| SA Paid | $0.00 |  | $0.00 |  |  |
| Total Owed | $0.00 |  | $357,280.27 |  | $714,560.54 |
| Total Paid | $0.00 |  | $0.00 |  |  |
| Balance Due | $0.00 |  | $357,280.27 |  | $714,560.54 |
| Future Charge |  | $0.00 |  | $0.00 |  |
| Future Paid |  | $0.00 |  | $0.00 |  |

## Detail of Special Assessment

|  | Prior | Prior-Adj | 1ST Half | 1ST Adj | 2ND |
|---|---|---|---|---|---|
| 39-203  CAPITAL CROSSROADS SID (90203) |  |  |  |  |  |
| Charge | $0.00 | $0.00 | $19,767.60 | $0.00 | $19,767.60 |
| Penalty / Int | $0.00 | $0.00 | $0.00 | $0.00 |  |
| Paid | $0.00 |  | $0.00 |  |  |
| Owed | $0.00 |  | $19,767.60 |  | $19,767.60 |

## Payment Information

| Date | Half | Proj | Prior | 1ST Half | 2ND |
|---|---|---|---|---|---|
| 06/22/06 | 2-05 |  | $0.00 | $0.00 | $108,671.53 |
| 03/22/06 | 2-05 |  | $0.00 | $0.00 | $220,000.82 |
| 03/22/06 | 2-05 | 39-203 | $0.00 | $0.00 | $16,396.62 |
| 01/25/06 | 1-05 |  | $0.00 | $328,762.35 |  |
| 01/25/06 | 1-05 | 39-203 | $0.00 | $16,390.62 |  |
| 10/20/05 | 1-05 |  | $0.00 | $0.00 |  |
| 10/20/05 | 1-05 |  | $0.00 | $0.00 |  |
| 10/20/05 | 1-05 | 39-203 | $0.00 | $0.01 |  |
| 06/20/05 | 2-04 |  | $0.00 | $0.00 | $428,020.71 |
| 06/20/05 | 2-04 | 39-203 | $0.00 | $0.00 | $16,390.62 |
| 01/26/05 | 1-04 |  | $0.00 | $428,020.71 |  |
| 01/26/05 | 1-04 | 39-203 | $0.00 | $16,390.63 |  |

## Levy Info

Proposed Levies for February 2007 election   Mills Current Monthly Tax Estimated M

| Levies Passed or Commencing in Tax Year 2006 |  | Mills Current Monthly Tax Estima |
|---|---|---|
| Franklin County ADAMH | Operating 2.20 | $1,349.04 |

*LK1248*

Joseph W. Testa, Franklin County Auditor

## Tax Distribution

| Current Owner (s) 180 E BROAD PARTNERS LLC | | Tax District | 010 - CITY OF COI |
|---|---|---|---|
| | | School District | 2503 - COLUMBUS |

| | | | |
|---|---|---|---|
| **County** | | | |
| | General Fund | | $14,930.78 |
| | Children's Services | | $45,437.11 |
| | Alcohol, Drug & Mental Health Services | | $22,345.40 |
| | MRDD | | $60,146.34 |
| | Metro Parks | | $5,539.01 |
| | Columbus Zoo | | $7,339.81 |
| | Senior Options | | $7,927.53 |
| School Dist | COLUMBUS | | $467,548.07 |
| Township | | | |
| Vocational School | | | |
| City / Village | COLUMBUS | | $31,892.98 |
| Library / Other | | | $11,918.31 |
| | | | |
| Total | | | $675,025.34 |

**Tax Year 2006**
**The above distribution was updated on 12/15/2006**

# PUBLISHER'S AFFIDAVIT
## LEGAL NOTICE

Virginia Davis

Being first duly sworn, says that the Affiant is a duly authorized Clerk of The Repository, a Daily and Sunday newspaper published and of general circulation in said

**CITY OF** Canton

**STATE OF OHIO**               } **SS**

**COUNTY OF** Stark

and that the legal advertisement, of which the annexed is a copy was published in said newspaper on:

```
PUBLICATION DATES:

08/23/12, 08/30/12, 09/06/12, 09/13/12
```

Sworn to and subscribed before me, this
14th day of September, 2012.

_Virginia Davis_
Representative Signature

_Michelle L Ward_
MICHELLE L WARD
Notary Public, State of Ohio
My Commission Expires
July 14, 2014
Recorded in Tuscarawas County

Total number of measured
inches published:                  62.89
Publisher's Fee:                   641.60

Customer Account Number:           134004
Case No:
**ORDER NO:**       00578297

---

PUBLIC NOTICE OF DEFICIENCY PERSONAM JURISDICTION Ownership of All Property is in the "State"

Title deed ceded to Federal Reserve Bank of Fite & Co. Holdings for free and clear Allodial rights is hereby demanding JPMorgan Chase Bank, N.A. to produce evidence of its title interest(s) to the contrary. Securitization of Mortgage Note was performed by virtue of the UCC-3 financing statement with the Ohio Secretary of State; File #201218501221; DOC ID#201218401080 for this principal indebtedness, to a maximum (discounted) lifetime exception of $1,000,000.00. Attaching deed to state property; via Alien Land registration LR 1248, amounts to an Audit being performed on JPMorgan Chase Bank, N.A., by the Ohio Department of Taxation for failure to produce its own deed or title interest(s) or proof that is loaned or mortgaged asset(s) of value, other than the credit, land, and assets of the Defendant parties to Case#2012CV01795 in the Stark County Court of Common Pleas. Judgment Ordered establishes Criminal Intent by JPMorgan Chase Bank, N.A. for SEC violations of the laws of District of Columbia on Insider Trading, fraudulent use of foreign securities, double taxation and compounded interest premiums on the liability insurance of Defendant parties which canceled or cleared mortgage payments. Deed interests are protected by authority of Bureau (clearance) File#80007763 of the Department of Insurance, Securities and Banking in the District of Columbia, Res Judicata in favor of: The Federal Reserve Bank of Fite & Co. Holdings, 1090 Vermont Ave NW Suite 910 on behalf of: 3404 Charlene Ave SW, Canton, OH 44706- All rights reserved.

Published in The Repository on August 23, August 30, September 6, September 13, 2012.



**UCC FINANCING STATEMENT AMENDMENT**
FOLLOW INSTRUCTIONS CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

⌐ ETERNAL LIGHT INTERNATIONAL
% 3404 CHARLENE AVE. SW
CANTON, OHIO [44706] ⌐

```
Instr:201301170002890
P:1 of 6   F:$28.00        01/17/2013
Rick Campbell              1:43PM A/FS
Stark County Recorder      T20130003046
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
Stark County Recorder's Instrument No. 201212310059816

1b. ☑ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☑ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects   ☐ Debtor or   ☑ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☑ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable)

6. CURRENT RECORD INFORMATION:

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | ETERNAL LIGHT INTERNATIONAL et al (OH2050894) | | | |
| | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|
| 1090 VERMONT AVE. NW  SUITE 910 | | WASHINGTON | DC | 20005 | usA |

| | ADD'L INFO RE ORGANIZATION DEBTOR | 7d. TYPE OF ORGANIZATION | 7e. JURISDICTION OF ORGANIZATION |
|---|---|---|---|
| | | BUSINESS TRUST | INTERNATIONAL |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral   ☐ deleted or   ☐ added, or give entire   ☐ restated collateral description, or describe collateral   ☑ assigned

EXECUTION OF ASSIGNMENT:  Pay to the Order of:  JPMorgan Chase Bank, National Association; Sum Certain Value:  ($USD117,300.00) to administer loans, mortgages and secured lines of credit with Special Drawing Rights to expand or contract credit on demand and it institute Fractional Reserve Banking on a 10:1 to as high as a 50:1 internal trading ratio.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here   ☐ and enter name of DEBTOR authorizing this Amendment.

| | 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | FITE CLEARINGHOUSE & HOLDINGS COMPANY et al | | | |
| | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

FOLLOW INSTRUCTIONS CAREFULLY

**11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)**
Stark County Recorder's No. 201212310059816

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)**

**12a. ORGANIZATION'S NAME**
FITE CLEARINGHOUSE & HOLDINGS COMPANY

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| | | |

**13. Use this space for additional information**

Instr:2013011700002890
P:2 of 6   F:$28.00          01/17/2013
Rick Campbell               1:43PM R/FS
Stark County Recorder   T20130003046

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

See Exhibit 'A' on Land Description

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 05/22/02)

FOLLOW INSTRUCTIONS CAREFULLY

**14. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)**
Stark County Recorder's No. 201212310059816

**15. NAME OF PARTY AUTHORIZING THIS AMENDMENT (name as item 9 Amendment form)**

**15a. ORGANIZATION'S NAME**
FITE CLEARINGHOUSE & HOLDINGS COMPANY

OR
| 15b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME SUFFIX |
|---|---|---|
| | | |

**16. MISCELLANEOUS**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**17. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (17a or 17b) - do not abbreviate or combine names**

| | 17a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|---|
| | JPMORGAN CHASE BANK NATIONAL ASSOCIATION et al | | | | | |
| OR | 17b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | | | |

| 17c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|
| 3415 VISION DRIVE | | COLUMBUS | OH | 43219 | USA |

| | ADD'L INFO RE ORGANIZATION DEBTOR | 17d. TYPE OF ORGANIZATION | 17e. JURISDICTION OF ORGANIZATION |
|---|---|---|---|
| | | BANKING | DOMESTIC |

**18. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (18a or 18b) - do not abbreviate or combine names**

| | 18a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|---|
| | HUNTINGTON NATIONAL BANK et al | | | | | |
| OR | 18b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | | | |

| 18c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|
| 220 MARKET AVE. SOUTH | | CANTON | OH | 44702 | USA |

| | ADD'L INFO RE ORGANIZATION DEBTOR | 18d. TYPE OF ORGANIZATION | 18e. JURISDICTION OF ORGANIZATION |
|---|---|---|---|
| | | BANKING | DOMESTIC |

19. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (19a or 19b) - do not abbreviate or combine names

| | 19a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 19c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| | ADD'L INFO RE ORGANIZATION DEBTOR | 19e. TYPE OF ORGANIZATION | 19f. JURISDICTION OF ORGANIZATION | | |

20. ADDITIONAL SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE) - insert only one name (20a or 20b)

| | 20a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 20b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 20c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

21. ADDITIONAL SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE) - insert only one name (21a or 21b)

| | 21a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 21c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

Instr:201301170002890
P:3 of 6   F:$28.00         01/17/2013
Rick Campbell          1:43PM  R/FS
Stark County Recorder   T20130003046



Instr:201301170002890
P:4 of 6   F:$28.00          01/17/2013
Rick Campbell              1:43PM A/FS
Stark County Recorder   T20130003046

## EXHIBIT 'A'

## DESCRIPTION OF LAND

LEGAL DESCRIPTION:
AND KNOWN AS AND BEING LOT NO.26 IN PARK ORCHARD ESTATES NO.4,
CANTON TOWNSHIP, STARK COUNTY, OHIO, AS THE SAME IS RECORDED IN
PLAT BOOK 38, PAGE 94 OF STARK COUNTY RECORDS. A.P. NO: 1307311

TAX PARCEL NO: 01307311

Instr:201301170002690
Pg 6 of 6   F:$28.00
01/17/2013   1:43PM A/FS
Rick Campbell
Stark County Recorder   T2013000306







FOR DEPOSIT ONLY

Instr:Z01301170002890      01/17/2013
P:6 of 6   F:$28.00
Rick Campbell        1:43PM A/FS
Stark County Recorder   T20130003046

# AFFIDAVIT FOR CRIMINAL COMPLAINT

Corrupt Government Officials

**Affected Parties:**

Amy K. Kaufman and Jim Petro of the Ohio Department of Taxation, Revenue Recovery Enforcement Collections Section

Judge Charles E. Brown (Retired) of the Stark County Court of Common Pleas

Kristin G. Farmer of the Stark County Court of Common Pleas

Attorney Miranda S. Hamrick of the Lerner Sampson & Rothfuss Law Firm

Nancy Reinbold of the Stark County Common Pleas Court and Court Clerks

Stark County Sheriff's Department

JPMorgan Chase Bank, National Association

Alan Harold of the Stark County Auditor's Office

The Canton Repository and Publishing Affiliates

---

# STATEMENT OF FACTS

Comes Now, 180 East Broad Partners LLC® ("Plaintiff"), existing now as Exclusive rights use to the District of Columbia ("DC") for insurance coverage for the state of OHIO, by virtue of Leasehold interests to the foreign execution of judgment lien; No. 201212310059816 filed with the Stark County Recorder; and on behalf of Ralph J. Bradley ("Bradley") and the aggrieved homeowners Nationwide, to bring this formal criminal complaint against the affected parties as a Petition to the Government for a Redress of Grievance. Application is herein made to the United States Attorney's Office for the Federal Bureau of Investigation ("FBI") pursuant to Article IV Section 1 and Section 4 of the U.S. Constitution for the People of the

1

United States of America to sue for rights to exercise private to private banking within the banking industry by substantiating the appropriate charges of unethical lending practices, also pursuant to Regulation Z Truth-In-Lending 12 CFR Part 226:

# CRIMINAL PROFILE

It is common practice in these so-called legal tribunals or Courts of Common Pleas that judges presiding over foreclosure proceedings use very relaxed standards on any banking and lending institution in producing indisputable evidence as to rightful ownership of properties they foreclose against. In the instant matter, Stark County Court of Common Pleas Judges Brown (retired) and Farmer have yet to require JPMorgan Chase Bank, National Association ("JPMorgan") to produce such indisputable evidence as to rights of ownership. As a result, the instant matter will become a matter of public opinion for those receiving the same consistent treatment from like institutions.

The problem exists and can easily become a substantial constitutional question; ***"Are Banking Institutions The Rightful Owner(s) of Individual Properties?"***. According to the aggrieved homeowner; the answer is an Emphatic NO!!

**Explanation**:

The equation is quite simple. If banking and lending institutions who originate mortgage obligations are rightful owner(s) of the individual property, then those institutions are ultimately responsible for assuming land and property taxes, homeowner's insurance and the mortgage obligation itself. However, the individual "owner" is responsible for assuming the debt obligations that should be undertaken by the banking and lending institutions. The second substantial

2

Constitutional question; ***"Is Property Ownership for the Individual a matter of Privilege or a Matter of Right?".*** According to the aggrieved homeowner; the answer is an Emphatic "Right", as substantial evidence shows.

**Explanation**:

Examining each aggrieved homeowner's county tax bill clearly shows the "Individual" to be the actual property owner, despite assertions by banking and lending institutions as being the owner. The word "Owner" will become a major topic of this formal complaint and will substantiate the affected parties engaging in an elaborate Ponzi scheme, in concert with each of the aggrieved homeowner's county and state governments and their corrupt officials.

A third substantial constitutional question; ***"Is a "commercial" transaction actually public or private with respect to private property pledged for public use(s)?".*** According to the aggrieved homeowner; the answer is Private for adequate insurance purposes as a violation of the Sarbanes-Oxley Act of 2002.

**Explanation:**

If "commercial" or public finance transactions are principally non-commercial; banks and lending institutions are creating in-house self-insurance in protecting its "Assets", despite being insolvent. If banks and lending institutions are loaning substance or value from its coffers to "Individual" property "Owners"; those institutions are in violation of its public policies in the absence of the gold standard. ***Therefore, Senate Document No. 43, titled "Contracts Payable in Gold", in 1933; ultimately means Article 1 Section 10 of the United States Constitution is still binding on the States.*** By virtue of the gold standard, the exemption of the State has underwritten or hypothecated the value of each property in preventing self-incurred tax liability, creating an elastic Currency or a Federal Reserve system by

3

way of DC; the international point of exchange between the public and private; also known as the relationship between Church and State.  Commercial transactions becoming private non-commercial scrip provides insurance protection to banks and lending institutions, or another form of "Overdraft" protection when these institutions compromise its accounting ledgers by selling outside of in-house transactions, where they are to remain.  However, electronic book entry deposits allows for Electronic Funds Transfers (EFT's) to take place that maintains in-house transactions to stabilize "Losses" on Federal Reserve Notes; written on the books as "Profit" from administered loans, mortgages and secured lines of credit; totally eliminating any and all forms of taxation as Corporate "income".

## SENATE REPORT 93-549

This particular Senate report seeks to sum up the relationship between Church and State. The senate report reads in part: ***The ultimate ownership of all property is in the State; individual so-called "ownership" is only by virtue of Government; i.e. law, amounting to mere user; and use must be in accordance with law and subordinate to the necessities of the State.***

If the aggrieved homeowner is owner of the property in its question; the owner would never have to be foreclosed on and if the banking and lending institution(s) are the actual owner of the property in its question; the owner would never have to initiate a foreclosure proceeding against another "owner".  So herein lies a conflict of interest and the case; via Senate Report 93-549 will set the record straight.  With ownership of all property being in the state amounts to the individual so-called owner(s) having its consumer credit circumvented in order for banks and lending institutions to "secure" the indebtedness of each mortgage it originates and each individual who signs on to enter into those agreements.  This

4

complaint challenges banks and lending institutions to produce evidence that it fully disclosed all pertinent facts to its policies indicating that individual credit was used to secure the property in question.   In the absence of full disclosure establishes the *"Unconscionable Agreement"* or *"Bargain"* that equals *"Voluntary Consent"* in favor of banks and lending institutions and *"Involuntary Consent"* for the aggrieved homeowner.  It is also a Generally Accepted Accounting Principal that banks and lending institutions have checks attached to these agreements in which "owners", or borrowers sign those agreements processed in-house by these institutions. Checks, or negotiable instruments cannot possibly route to an "Open" account regulated by the United States Federal Reserve system ("FED"); as those act(s) will imply taxation on the Fed against its own commercial scrip which is unconstitutional.   Therefore, checks are internal non-negotiable instruments of credit, mortgage MONEY or Receipts which is evidence of money that carries no tax implications as mandatory interest reporting requirements with the IRS.  Banks and lending institutions regulated by the Fed must borrow money, then use deposits and its fractional reserve banking methods to lend money to the public to generate profits for the Fed. Likewise for the additional products and services offered; banks and lending institutions rely on the consumer public to buy in order to keep generating un-taxable gains for the Fed; i.e. EXEMPT. The aggrieved homeowner challenges banking and lending institutions to produce sufficient evidence how it processes loans and valuable consideration in securing mortgages for "Individual" homebuyers that does not violate its public policy.   These are valid claims, considering banks and lending institutions do not produce Executions of Assignment in any foreclosure proceeding that proves lawful standing.

Aggrieved homeowners will heavily rely on the United States District Court Order and Opinion of Judge Christopher A. Boyko; Northern District of Ohio, Eastern Division to substantiate this formal Criminal complaint, with the Intent of Affected parties who Defrauded "individual" homeowners; Case No. 1:07-CV-02282 and Ohio Supreme Court case in Federal Home Loan Mortgage Corp. v. Schwartzwald; *[Cite as Fed. Home Loan Mtge. Corp. v. Schwartzwald, 134 Ohio St.3d 13, 2012—Ohio 5017]*. Here, six Republican justices of the Ohio Supreme Court unanimously held that when it comes to foreclosures, standing is jurisdictional; that is that it must be invoked at the time the foreclosure complaint is filed. In doing so the court went against a majority of the Ohio District Courts of Appeals which had held that a Plaintiff bank could demonstrate that it was the proper party to be bringing the action (i.e. had standing) after a complaint was filed but before judgment.     Fundamentally, the Court's ruling represents an endorsement of the logic of the seminal Boyko case, named after its author judge, whereby, the Federal District Court for the Northern District of Ohio dismissed a number of foreclosure cases in 2007, because the documents attached to the complaints did not support the allegation that Plaintiffs (banks) were the proper party in interest to be bringing the action. Every court order based on a defective complaint is void ab initio (from the beginning).   This case concluded that representatives of banks and lending institutions cannot produce in-house documents to substantiate evidence as "Owner" of said property in question, regardless of how complex the web has become and how these institutions do business. Ownership of all property being in the State brings about multiple issues of true homeownership, but in the interim, if individual so-called homeowners are liable for monthly obligations, then banks and lending institutions are using Internal

6

Revenue Service ("IRS") form(s) 1099-A, or Abandonment of Secured Property against individual homeowners. ***Individual owners are not being fully disclosed that it has the right to recover the full value of the property for free and clear title interest; thus, declaring the property in question as "Abandoned"***. This ultimately means the individual owners are paying penalties assessed by banks and lending institutions for filing 1099-A forms initially. Securing the alleged liability to enforce the collection of monthly mortgage obligations means; in effect, "Debt" doesn't exist, except to publicly re-lease pre-paid credit as such from a separate accounting ledger to affect the individual homeowner; e.g. the unincorporated states; i.e. "Banks" or "TRUSTS" under Limited Liability, not falling under the jurisdiction of the State in terms of banking laws; meaning banks and lending institutions are holding unsecured Federal Reserve Notes which penalize individual homeowners. Tax liability does not apply to "Credit"; "Faith" or "Air". Corporations, as in banks and lending institutions are technically insolvent. This means these institutions are using the aggrieved homeowner as the surety, accommodation party and authorized representative in the repayment of this "debt", compounded insurance premiums or assessed penalties in the illegal procurement of each 1099-A transmittal to the IRS. In the event the individual homeowner can no longer meet its financial obligations in satisfaction of the mortgage agreements; banks and lending institutions proceed with court foreclosures and receive the necessary judgments allowing those institutions to "collect" the revenue it claims it lost. If no individual homeowner properly challenged the judgment; banks and lending institutions proceed with public legal notices as to the "sale" of the property in question, followed by a scheduled courthouse auction to be carried out by the County Sheriff. Upon "sale" of the property, ownership reverts back to the banks

7

and lending institutions, who have not properly executed an assignment of such ownership. The state taxation department(s) are named as Defendants on those foreclosure cases who do not adequately defend the individual homeowner, despite knowing the property ownership resides with the State. If the state were to adequately defend the individual homeowner as its position of "Owner" of the property in question; the state will be guilty of a barrage of suspicious and financial crimes ranging from Insider Trading, conducting a continuing Ponzi scheme, Tax Evasion, Straw Buying and Money Laundering; consolidated under the Racketeering Influenced Corrupt Organization statutes or ("RICO"). This criminal liability now rests on each affected party and banking institution associated with each aggrieved homeowner signed on to this formal Criminal complaint.

A fourth substantial constitutional question; ***"Is it the right of the People as unincorporated states to become its own banking institution?".*** According to the aggrieved homeowner, the answer is "Yes" considering Government itself exists by Consent of the People for an *"Implied Governmental Bond Trust Partnership"*.

**Explanation:**

Article XIV of the Constitution for the United States; principally domiciled in the District of Columbia states....**Section 1.** ***All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside.*** Taking this direct quote from the U.S. Constitution could only imply dualism, simply because two separate objects cannot occupy the same space at the same time. So by virtue of the District of Columbia, this passage only applies to Corporations or fictions of law or creatures of the Legislature with respect to the natural entity at berth. The creation of a Corporation, "BANK" or "TRUST" under Limited Liability also implies its inception

or "BIRTH" by way of the same. DC itself effectively separated from the States to eliminate a conflict of interest in Government of, for and by the People; or Offers that deals strictly with contracts through commerce. The remainder of section 1 provides the necessary immunities and protections of these "Subjects" to engage in free trade and commerce, not effectively connected to the United States...*[a]nd of the State wherein they reside*. Conducting business in the State of Ohio or any of the 50 several States is not directly involved with DC and likewise for DC in the State of Ohio; thus, eliminating any and all forms of tax liability for international affairs. **Citing the United Nations Conference on International Organization(s); Page 105-Department of State Publication 2490, Conference Series 83, 1946 which states:** *"VII. Every individual is entitled to be protected and assisted by the state to which he belongs, in the manner and form established by treaties and by international law. No individual who, according to the law of the state against which he institutes a claim, as a citizen of that state, shall be entitled to such protection"*. This passage to international law in relation to the laws of DC and the state wherein each Person resides can only bring about the premises of "*Non-Resident Alien*" for numerous reasons. To suggest that natural living beings reside on a piece of paper as a separate entity to the creature of law brings about issues of mental incompetence, from which the state has the right to interfere as Power of Attorney in setting forth the terms and conditions of government for those subjects who constantly receive benefits from the government with no known causes for separate treatment. *"Non-Resident Aliens" are not bound by national interest(s) and supersede any contentions of "Citizen" of the United States, but may wholly co-exist for the same beneficial objective(s); to have life, liberty and the pursuit of happiness*. **"All laws which are repugnant to the Constitution are null**

*and void." Marbury vs. Madison, 5 US (2 Cranch) 137, 174, 176, (1803); "Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." Miranda vs. Arizona, 384 US 436 p. 491; "An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed." Norton vs. Shelby County 118 US 425 p. 442.* The general rule is that an unconstitutional statute, though having the form and name of law, is in reality no law, but is wholly void, and ineffective for any purpose(s); since unconstitutionality dates from the time of its enactment, and not merely from the date of the decision so branding it. *"No one is bound to obey an unconstitutional law and no courts are bound to enforce it"* 16 Am Jur 2d, Sec 177 late 2d, Sec 256.

The aggrieved homeowner also implied "Yes" simply because the aggrieved parties are already performing banking services to the banking industry as a whole. Banks and lending institutions perform bait and switch techniques by inferring "Credit" checks to determine history of payments and credit strength to qualify for loans, mortgages and secured lines of credit. Credit worthiness now makes the true Creditor a borrower to its own credit at exuberant interest to the banks and lending institutions. True creditors also become DEBTOR to these institutions, while the institution is DEBTOR to the Fed at interest. Institutions are purported creditors in the holding and managing of (unsecured) Federal Reserve Notes which carries a dual accounting ledger, indicating…..*This Note is Legal Tender for All Debts Public and Private*; also representing a lien on all land and real property ("Assets") declared as Personal Property to the lien holder; and is a check on a "CLOSED" account in the settlement of public finance transactions at the Federal

Window.  Credit is passed through each note's (Bond) Serial number printed on the face of each note which is not linked to these public banking and lending institutions.  So there exists no legal "Debt" to be repaid to banks and lending institutions who perform 1099-A—Abandonment of Secured Property on land and fixtures for sale on the open public market(s).  Penalties assessed for these acts should remain with the banking industry to allow Lawful Entry to these institutions to carry on the international business of private to private banking.  ***These methods only further substantiate that by bait and switch techniques used by banking and lending institutions; the individual homeowner forfeits rights to ownership of its property which reverts back to the state in its relationship with these institutions; or Church and State.***  Properties are now deemed ***"Non-Resident Alien Land"***.

# STATE AUDIT

It becomes the right of each aggrieved homeowner to order a State audit and Federal Investigation against each affected party to determine how each bank and lending institution created in-house financing and the circumventing of consumer credit in order to secure those mortgage obligations.  Mortgages are then bundled and sold on the open market to the highest bidder(s) as a second, but equal form of insurance to consumer credit; i.e. "REINSURANCE" on lease.  This is due mainly because the mortgage obligation was pre-paid, thus, becoming a bond that secured "Debt" or the free use of Federal Reserve Notes or Negotiable instruments that implies the tendering of the same.  This audit will also focus on the process servers of the mortgages of these institutions to determine who is signing the documents as "Owner" of said properties and that signatures accompanying each are not forged or manipulated by Notaries receiving an hourly wage to sign each obligation.

11

With private property for public use being a matter of Eminent Domain, multiple banks and lending institutions may coincide as "Owner" of each individual property simultaneously; further compounding the fraud against the consumer or "Individual" property owner. This ultimately is a crime against the state or the government that is worthy of follow-up. With banks and lending institutions performing IRS form(s) 1099-A, or Abandonment of Secured Property, no liability incurs against those institutions for free and clear rights and uses of Federal Reserve Notes. A Ponzi scheme is evident with banks and lending institutions circumventing consumer credit that builds instant equity and cash value for continued investing, but predicates itself solely on the individual making monthly mortgage obligations, who actually "CEDE" its credit to these institutions for exempt purposes. Tax evasion is evident solely with banks and lending institutions claiming to be "Owner" of individual properties in question, with no intention of assuming land and property taxes to the county assessor or the reporting of such on its taxes. No bank or lending institution can produce a county tax bill to indicate it owns the properties in question. To do so would imply taxation if the property is not taken off the books by county government(s), which is a conflict of interest with state and federal governments. Straw Buying is evident with banks and lending institutions having no intention to assume the monthly mortgage obligation(s), but circumvents consumer credit of the individual to create the mortgage obligation that was pre-paid up-front; still obligating the individual "Owner" to make monthly mortgage payments to those institutions; an act of gaining compounded interest or penalties assessed for brokering IRS form(s) 1099-A, or Abandonment of Secured Property that eliminated the mortgage obligation, with kickbacks to the State on recovery from bait and switch techniques. Banks and lending institutions are

"Flipping" the properties and recovering all sums of revenue, while leaving the individual owner with the burden of assuming this illegal "Debt".   Money Laundering is evident with individual owners guaranteeing the monthly obligations against its circumvented credit; giving banks and lending institutions free and clear title rights to continue bundling and selling these bonds on the open market for un-taxable gains.   Such gains are recorded as "Losses" to signify non-taxable income or an attractive pure profit margin.   The state is allowing these "Losses" on auctioned property sale(s) by the county Sheriff for processing through its taxation department that banks and lending institutions are recovering, no matter what the property is bought back for.   Appraisals tend to be higher than what properties will be bought back for by banks and lending institutions.   ***It is also the policy of the county Sheriff departments that 99% of all auctioned properties revert back to the banking institution that further supports the frauds being perpetrated***.   180 East Broad Partners LLC®, Lessee for the State of Ohio is essentially leasing its own property and paying dividends to itself; offset and adjusted to a zero balance by Continental Real Estate Accounting Department; with ties to the Franklin County Auditor and Ohio Department of Commerce.   With no calculated risks on initial brokering of in-house mortgage obligations; banks and lending institutions are retaining free and clear title rights to recover the full value of the "Loss" by ratio differential.   By electronic book entries or fractional reserve banking, these institutions are inflating values to justify the loss differential to ensure those book entries balance to zero to protect the Fed from the implication of taxation on its accounts receivable and payable ledgers.   Judges presiding over these foreclosure cases realize these facts and intentionally rule in favor of banks and lending

institutions in order to set the basis for tax, real estate, mortgage and insurance fraud for collection purposes; a violation of the Sarbanes-Oxley Act of 2002.

# CIVIL FORECLOSURE CASE

Civil foreclosure case; No. 2012-CV-01795 was initiated by JPMorgan in the Stark County Court of Common Pleas; Judge(s) Brown (retired) and Farmer presiding. Throughout the course of the case, the scheduled Sheriff's sale was cancelled, withdrawn and returned to counsel for JPMorgan.   Despite contentions of this banking institution and the court, the case remains open for Collateral Attack, especially when the third party action was initiated by herein Plaintiff.  Therefore, no limit exists to how many aggrieved homeowners may join this Class Action formal complaint for Criminal liability against banking and lending institutions and the Corrupt Government Officials who carry out this mass Wall Street fraud. Effective 4/22/2013, Judge Farmer dismissed the third party action; Sua Sponte, but did so against Bradley.  However, the third party action was not introduced to the court in the caption in which the action was dismissed.  There can be no adverse action against the state's Lessee, leaving that public entity free and clear in terms of title rights recorded as a non-commercial foreign execution of judgment lien to substantiate rightful ownership of property or the recovery thereof (Replevin).

IRS form(s) 1099-C was discharged by the exclusive rights use of the state's Lessee, which prevents banks and lending institutions from selling properties in question in any commercial or auctioned Sheriff's sale. The final position mandates an internal audit being conducted on affected parties to support criminal intent.  It is an impossibility for banks and lending institutions to perform 1099-A filings, unless a 1099-C was performed by the state bank initially, nor could banks and

14

lending institutions perform an initial 1099-C for cancellation of debt for convenient purposes, without committing unethical another act of fraud.

# ADDITIONAL PARTIES

Additional parties are included in this formal Criminal complaint, which seeks to cause injury to the individual "Owner" of properties in question. Due to paper trades on these properties and the insurance on Federal Reserve Notes without its direct use(s) has caused these institutions to question the validity of the public debt, which is a non-commercial transaction that maintains constant insurance protection of Federal Reserve Notes on foreign securities exchange of credit or Mortgage MONEY. Additional listings shall implicate each county Sheriff, with some cases amounting to immediate evictions without due process of law on foreclosure proceedings; and property transfers when quitclaim deeds filed with county records show true ownership of the properties in question.

*Wells Fargo Home Mortgage and Shannon Cherry on illegal "sale"*

*U.S. Bank National Association and Bobby Horne-Attorney and Mortgage Trustee*

*First Merit National Bank—Reducing credit score(s) and rating(s)*

*Citimortgage, Inc.*

*Ocwen Loan Servicing, LLC*

*Bank of America*

*First Franklin Financial Corp.*

*Oak Street Mortgage, LLC*

*Flagstar Bank*

*Wri Property Management, LLC*

*CSS Services, Inc.*

*Carrington Property Owners Association, Inc. for illegal garnishment(s)*

*Cobb County Sheriff's Department*

*Daniel Bailey Jr. and K. Paige and the Mecklenburg County Sheriff's Department*

*Jennifer Frontera Wanda Smith & Associates w/E & S Security & "Lock" Smith, Inc.*

*Attorney Jonathan Blake Davis and the Shapiro & Ingle Law firm*

---

# SETTLEMENT

This formal criminal complaint as a Petition to the Government for a Redress of Grievance seeks to bring about moral issues of Equal opportunity and Justice under the law and send a clear message to Corrupt Government Officials who *KNOWINGLY* and *INTENTIONALLY* cause injury to homeowner's and deprive the enjoyment of true homeownership or even successfully recover lost property and revenues when authority is usurped in order to cover for their accounting fraud.

As a locally owned reserve banking system and the use of pre-paid credit by cancellation of debt (liability insurance), the aggrieved homeowner reserves the right to place deeds as free and clear titles of interest and mortgages for MONEY (credit) on deposit with any banking institution that engages in the same Insider Trading practices. All conflicts of interest will be forever RESOLVED and aggrieved parties reserve the right to draw those credits or foreign source funds without incurring penalties for early withdrawals or taxation. Checks on a "CLOSED" account; the basis of the reserve system, will pass through each aggrieved party's (Bond) serial number on the reverse side of each Social Security card or from one Central (Bond) serial account; **No. E61082378**, managed by the Fifth District Federal Reserve Bank of Richmond, with Special Drawing Rights (SDR's) to expand or

contract credit on demand; an "Asset" Backed Security to state property and its direct "CASH" account through Instrument No. 201212310059816, cited on each 1099-C transmittal.   Account No. 01030223652, also bearing on a 1099-C transmittal, is the checking account of a foreign business trust that exemplifies debt incurred against pre-paid credit, held and managed by this Federal Reserve Association.  Huntington National Bank is now obligated to accept private check payments against deeds and mortgages as lawful MONEY to administer deposits into non-interest bearing checking and/or (time/escrow) savings accounts.  This second, but equal form of insurance will protect aggrieved parties and banking institutions in the laying and collecting of non-taxable "income"; i.e. REINSURANCE, making all "Assets" the Personal Property of its centralized banking system. Aggrieved parties are unregistered foreign revenue collection agents of the state and operate by re-naturalization of its Certificates of Live Birth, placing designation in Puerto Rico by virtue of the original Treasury for the United States; and Territory over which the United States is Sovereign.  Expatriation to Puerto Rico by these Certificates of Live Birth and Repatriation to the District of Columbia creates absolute protection(s) of the State against acts of domestic Violence; and is the sovereign County and absolute seat of authority to all property ownership.  Placing (VOID) on checks will signify direct in-house payment(s) to these banking institutions; verified as Good by IRS cancellation of debt that clears on the face of each check, becoming guaranteed on the spot financing; reinvested from each separate deed and mortgage for platform trading.  Finally, aggrieved parties are Trustees with respect to property held in trust of this Association; carrying the Congressional membership to dictate and govern the policies and procedures of its self-sufficient, self-sustaining system of perpetual and privatized banking; now

17

performing as a **STRICT FORECLOSURE** of the public's interest and its ability to tax the land and property fixtures of each acquired and managed real property and the leases that enforce such collections when establishing Exclusive rights uses to the state of Ohio's Lessee; **DC Tracking #07ZZV1JDIO** for international trade and commerce. _Under this lucrative system, there are no current Internal Revenue Codes (I.R.C.) that mandates the amount of "Taxable" income that can be contributed to this International Monetary Fund, making all such contributions UNLIMITED, due to its ability to insure and redeem in Federal Reserve Notes; dollar for dollar; to stabilize these notes from inflation/deflation overhauls becoming recession proof which cannot be audited_. Aggrieved homeowners may now enjoy true home ownership which is a matter of right and not a matter of privilege.

# CONCLUSION

In conclusion to this formal criminal complaint, affected parties could not disprove the allegations contained within the Counterclaims and its Addendums and Third Party action and its counterclaims filed with the Stark County Court of Common Pleas. The only contentions relied upon by counsel for JPMorgan is that the foreclosure case is closed with the use of its motions to strike pertinent homeowner information from the records of the court. With Judge Farmer dismissing the action of these claims without the benefit of requiring JPMorgan to produce a proper Execution of Assignment further justifies Criminal Intent, in which the appropriate law enforcement agency must act.

Aggrieved homeowners signing this formal criminal complaint "In Red Ink Only" do concur with the following and do hereby attest or affirm the same.

**Respectfully Submitted,**

**180 EAST BROAD PARTNERS LLC®**, on behalf of:

Red Ink only

_____
Ralph J. Bradley

Red Ink only

_____
**Charlene Bradley**

/s/CHARLES ERSKINE LEWIS JR.
**Charles Erskine Lewis Jr.**

/s/LUE CINDY TERRY
**Lue Cindy Terry**

/s/RICHARD NORMAN TERRY
**Richard Norman Terry**

/s/TINA DENISE CLARK
**Tina Denise Clark**

/s/MARION KEITH CLARK
**Marion Keith Clark**

/s/WILLIAM LAMONT GRISBY
**William Lamont Grisby**

/s/DANNY CORNELL LEWIS
**Danny Cornell Lewis**

/s/DAWN NECHELLE LEWIS
**Dawn Nechelle Lewis**

/s/ANGELLA PALMER-BANKS
**Angella Palmer-Banks**

/s/MICHAEL BANKS
**Michael Banks**

/s/RICHARD ERVING SHAW
**Richard Erving Shaw**

/s/FELLIE MAE SHAW_____       /s/BRIAN TROY TYSON_____
Fellie Mae Shaw                   Brian Troy Tyson

/s/STACY IRENE WALKER-TYSON_      /s/DARTIS EXZOLUS WILLIS_____
Stacy Irene Walker-Tyson          Dartis Exzolus Willis

The signatures herein constitutes a TRUE BILL and further testifies that any illegal act(s) perpetrated by banks and lending institutions constitutes fraud under Regulation Z Truth-In-Lending provisions. Their deed transfers on Exempt Sale constitutes a non-commercial UCC-1 foreign execution of judgment lien and creating a commercial sale of the same circumvents the private accounting ledgers; thus, preventing the Federal Window on transaction settlements to remain "CLOSED".

Banks and lending institutions selling properties to unsuspecting buyers in open public markets; after being notified of the deed transfers and reverse mortgages to supersede such acts; are subject to a state audit supporting a Federal Investigation. Paying a settlement; via "commercial" transaction implies "Taxation" and devaluation of private accounts meant to hold permanent intrinsic value that builds instant equity and cash value. In the event banks and lending institutions transfer properties to its affiliate institutions despite being notified of non-commercial transactions will prevent those institutions from recovering all sums from the state as a "Loss". Either of the affected parties performing a 1099-C for cancellation of debt is guilty of unlawful acts of Tax Evasion and Money Laundering once presented with debt cancellation(s) from the state of Ohio's Lessee; i.e. DEBTOR. Properties held and managed under this Association are Personal Property of the owner(s);

20

to state with no restriction(s). ***It is the responsibility of the original lender to offset and adjust mortgage transactions to a zero balance when presented with 1099-C transmittals for cancellation of debt from the IRS.*** Tax billing on the accrued billing cycle; 30-60 or 60-90 days same as Cash, may be sent to: **150 EAST BROAD STREET, SUITE 800, COLUMBUS, OHIO 43215** as this public entity is still liable for all outstanding debts on the public side ledger. Pre-insured "debt" derivatives will be offset and adjusted to a zero balance, allowing the State to recover its "Loss" as non-taxable interest or "income"; i.e. Debt Relief for State tax abatements for this Association. This communication is from a debt collector attempting to collect a debt, and any information obtained will be used for that purpose. Electronic signatures are on file with each signer.

Insured debt derivatives creates "STOCK" for this Association that may be traded with outside vendors in exchange for "Assets" for holding and management for internal Leases and the ability to collect "income" as Internal Revenue. Each additional UCC-3 Full Assignment financing statement will be brokered as Unregistered Checkbook Money, as these statements will not be filed or recorded with county or state records. Hidden Asset Protection is the ability to remain Exempt from commercial activity; generating profits from losses by non-commercial means; obligating the county-state government(s) to remove exempt properties from its listings as the inhabitants of the county forfeit their rights to tax the land and fixtures of private properties.

℗2013 the People of the United States of America
All Rights Reserved Without Prejudice

# <u>CERTIFICATE OF SERVICE</u>

180 EAST BROAD PARTNERS LLC®, on behalf of each aggrieved homeowner, do hereby certify that on this _____ 30th _____ day of _____ MAY _____, 2013 that a copy of the foregoing documents was sent to:

**United States Attorney's Office**
Ronald C. Machen-Assistant United States Attorney
District of Columbia Judiciary Center Building
555 Fourth Street, NW
Washington, DC  20530          **FedEx Receipt No. 8025 1561 5630**

**United States Attorney's Office**
Stephen M. Dettlebach-Assistant United States Attorney
Northern District of Ohio
801 West Superior Avenue, Suite 400
Cleveland, OH  44113-1852          **FedEx Receipt No. 8025 1561 5629**

**Federal Bureau of Investigation**
Director Robert S. Mueller III
935 Pennsylvania Avenue NW
Washington, DC  20535-0001          **FedEx Receipt No. 8025 1561 5618**

# ACKNOWLEDGMENT

STATE OF OHIO       )
                              ss.
COUNTY OF STARK  )

The foregoing documents was subscribed before me on the ___30th___ day of ___MAY___, 2013 for 180 East Broad Partners LLC® and on behalf of each Class Action participant listed herein for the United States of America. Accepted values on each 1099-C transmittal are certified and sworn on Undersigned's unlimited commercial liability true, correct and complete, with all endorsements front and back, in accordance with Uniform Commercial Code, section 3-419 and House Joint Resolution 192 of June 5, 1933; pre-paid; exempt from levy.


_____
180 East Broad Partners LLC®
Ralph J. Bradley et al


_____        _____
Signature of Notary Public               Printed Name of Notary Public

ERNEST BURKES, SR.
NOTARY PUBLIC, STATE OF OHIO
Recorded in Stark County
My Commission Expires Mar. 31, 2014

_____
My Commission Expires

(SEAL)

23